# EXHIBIT "B"

## ASSIGNMENT OF TRADEMARK(S)/SERVICE MARK(S)
## PARTS GEEK.COM

This Assignment is made this 10th day of July, 2008, by and between **CHRISTOPHER R. GROSSO** and **WEB GEEK, LLC.**

WHEREAS, Christopher R. Grosso ("Assignor"), is the owner of certain trademark(s) and/or service mark(s) (the "Marks"), a listing of said Marks being attached hereto as Exhibit "A".

WHEREAS, Web Geek, LLC ("Assignee"), a Pennsylvania limited liability company, desires to obtain the Marks of Assignor; and

WHEREAS, Assignee desires to assign the aforesaid Marks to Assignee.

NOW, THEREFORE, in consideration for the above consideration and the receipt of other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor, hereby sells, assigns and transfers unto Assignee and the successors, assigns and legal representatives of the Assignee, the entire right, title and interest of Assignor for the United States and its territorial possessions and all foreign countries in and to the Marks, along with goodwill and business appurtenant thereto, together with any application for U.S. trademark registration which may be filed thereon, and any legal equivalent thereof in a foreign country, including the right to claim priority.

Assignor hereby covenants that no assignment, sale, agreement or encumbrance, conditional or otherwise, has been made or will be made or entered into which would conflict with the terms of this Assignment.

Assignor further covenants that Assignee will, upon its request, be provided promptly with all pertinent facts and documents relating to said Marks, will assist in the preparation and filing of all legal documents relating thereto, will testify as to the same in any interference, opposition or proceeding related thereto, and will promptly execute and deliver to Assignee or its legal representatives any and all papers, instruments or affidavits required to apply for, obtain, issue and enforce any such Marks which may be necessary or desirable to carry out the purposes thereof.

IN WITNESS WHEREOF, I have set forth my hand this 10th day of July, 2008.

Witness:                                          ASSIGNOR:

_____                         _____
                                                  CHRISTOPHER R. GROSSO