# EXHIBIT "C"



trademark infringement - Message (HTML)

File    Edit    View    Insert    Format    Tools    Actions    Help

Reply    Reply to All    Forward

From:    Dick Pine [dickpine@hotmail.com]    Sent:  Fri 7/24/2009 9:48 AM
To:    Lowell Mann
Cc:    brian@partsgeek.com
Subject:    trademark infringement

time and date.com

Local time in Philadelphia
Friday, July 24, 2009

9:47:17 AM

EDT

**Parts Geek -Free Shipping**
Low Price Guarantee on Parts Geek
Plus Get Free Shipping Today!
www.autopartswarehouse.com

Results 1 - 10 of about 6,340,000 for partsgeek  (0.12 second

**Partsgeek**
www.PartsGeek.com    Parts Geek Guarantees the Lowest Prices on All Auto Parts  Buy Now!

Tip  Save time by hitting the return key instead of clicking on "search"

Discount Auto Parts Online - Mercedes Parts, BMW Parts, Volvo ...

Discount Auto Parts and Accessories - PartsGeek

**1. Rights.**

This site is operated by Parts Geek, a federally registered trademark and contains material which is derived in whole or in part from Parts Geek and other sources. You may not use for your own purposes, modify, copy, reproduce, republish, upload, post, transmit or distribute in any way any material from this site including code and software.



**Infringement 2 - Message (HTML)**

File   Edit   View   Insert   Format   Tools   Actions   Help

Reply   Reply to All   Forward

From: Dick Pine [dickpine@hotmail.com]                              Sent: Fri 7/24/2009 9:52 AM
To: Lowell Mann
Cc: brian@partsgeek.com
Subject: trademark infringement 2

time and date.com

Local time in Philadelphia
Friday, July 24, 2009

9:50:06 AM
EDT

comcast.net **Search**   parts geek

**Web** Video Images News Yellow Pages

**Narrow Your Search**          **Web Search Results** 1 - 10 of about 13,100,000 for parts geek       Enhanced by Google

GEEK Squad

Computer Geeks          **Parts Geek**
                        Parts Geek Guarantees the Lowest Prices on All Auto Parts. Buy Now!
GEEK Test                www.PartsGeek.com

GEEK Clothing           **Parts Geek** -Free Shipping
Beauty and the GEEK     Low Price Guarantee on Parts Geek Plus Get Free Shipping Today!
                        www.autopartswarehouse.com
GEEK Stuff

partsgeek.com

Discount Auto Parts and Accessories -PartsGEEK

1. **Rights.**

   This site is operated by Parts Geek, a federally registered trademark and contains material which is derived in whole or in part from Parts Geek and other sources. You may not use for your own purposes, modify, copy, reproduce, republish, upload, post, transmit or distribute in any way any material from this site including code and software.

1. **Limitation of Liability.**

http://www.autopartswarehouse.com/partsearch/auto_parts_wharehouse.html?
apwcid=X10930108411W41260599c8350&spwkwdparts+geek&qclid=CJ_q7erY_ZsCFRJM5QodbkdS_A&ef_id=1360:3:s_37eebbc1bc8401248261f7f21ced468b_3898857215:SnG1WEo-JyIAACix34wAAAHA:20090730145938



Dick Pine
609 801 9711 Home and fax
609 273 7330 Cell
609 910 3060 Skype
dickpine@comcast.net

**Web**  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Sign in

Google        parts geek          [ Search ]  Advanced Search
                                              Preferences

---

**Web**    Show options...         Results **1 - 10** of about **12,200,000** for **parts geek**. **(0.13 seconds)**

**Parts Geek**                                  Sponsored Link              Sponsored Links
www.PartsGeek.com   **Parts Geek** Guarantees the Lowest
Prices on All Auto **Parts**. Buy Now!                                     **Ask Geek** Tech Support Now
                                                                          9 Tech Support Reps Are Online!
**Discount Auto Parts** Online - Mercedes **Parts**, BMW                   Ask a Question, Get an Answer ASAP.
**Parts**, Volvo ...                                                      www.JustAnswer.com/**Geek**
Discount auto **parts** and performance accessories online catalog
for all domestic and import cars and trucks. Super Low prices on          **Parts Geek** -Free Shipping
new auto body **parts** and ...                                           Low Price Guarantee on Parts Geek
www.**partsgeek**.com/ - Cached - Similar                                 Plus Get Free Shipping Today!
                                                                          www.auto**parts**warehouse.com
       BMW              About Us
       Volvo            Acura
       Audi             Alfa Romeo Parts                                   **Parts Geek**
       Chevrolet        Blower Motor                                      Before You Buy. BizRate.
                                                                          Deals on **Parts Geek**!
       More results from partsgeek.com »                                  BizRate.com

**BMW Parts** - BMW Auto **Parts** - PartsGeek.com -
**New OEM & Aftermarket ...**
Apr 28, 2009 ... Known throughout the world for superior quality
and function, OEM BMW **parts** are simply the smartest choice
for a BMW. We stock **parts** for the ...
www.**partsgeek**.com/makes/bmw.html - Cached - Similar

**Rip-off Report:** **Parts Geek** ,But They Have Over A Dozen Different ...
**Parts Geek** ,But They Have Over A Dozen Different Names As Well, There Free Shipping is a
Lie. Email issues From Them Followed Manasquan New Jersey.
   Show map of 2435 Highway 34, Manasquan, NJ 08736
www.ripoffreport.com/reports/0/308/RipOff0308275.htm - Cached - Similar

**Parts Geek** Coupons and **Parts Geek** Coupon Codes
Find all **Parts Geek** Coupons, **Parts Geek** Coupon Codes, and **Parts Geek** Discounts. Share
your **Parts Geek** Coupons.
www.mycoupons.com/coupons/**partsgeek**.com - Cached - Similar

**Parts Geek** Coupon Code, Promotional Code, Discount Code and Free ...
**Parts Geek** sells new, OEM and aftermarket auto **parts** and accessories. Their **parts** are very
high quality compared to most online retailers. ...
www.digitaleditor.com/**PartsGeek** - Cached - Similar

jennymclane's Xanga Site
The Auto **Parts Geek**, Your everyday guide to longer, better, and healthier car ownership.
When you need no-fuss answers to your car concerns, ...
jennymclane.xanga.com/ - Cached - Similar

**parts geek** Coupons - All coupons, discounts, and codes from ...
**parts geek** Coupons, cash back, discounts and coupon codes. ShopAtHome has tens of
thousands of coupons from thousands of other merchants.
discounts.shopathome.com/Coupons-Parts_Geek.../17866/ - Cached - Similar

**Geeks**.com - Computer **parts**, Laptop computers, Desktop computers **...**
Your Source for the Best Deals on Computer **Parts**, Computer Hardware, Laptop Computers,
Desktop Computers and Computer Tips with Fast & Easy Shipping ...
www.**geeks**.com/ - Similar

» **Parts Geek** Coupons & **Parts Geek** Coupon Codes «
**Parts Geek** coupons and **Parts Geek** coupon codes can help you save a lot. For superb **parts
geek** coupons, promo codes, discounts, promotion code deals, ...
www.bestonlinecoupons.com/coupons/**parts-geek**.asp - Cached - Similar

**Parts Geek** Coupon Codes - all coupons, discounts and promo codes **...**
Find and share **Parts Geek** coupon codes and promo codes for great discounts. Get the best
partsgeek.com coupon at RetailMeNot.com.
www.retailmenot.com/view/**partsgeek**.com - Cached - Similar

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

parts geek                              [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

parts geek 7-30-09.htm

```
<!doctype html><head><meta http-equiv=content-type content="text/html;
charset=UTF-8"><title>parts geek - Google
Search</title><script>window.google={kEI:"T7NxSuOdFovmM6HjoLEM",kEXPI:"20760,21298,2
1311,21342",kCSIE:"20760,21298,21311,21342",kCSI:{e:"20760,21298,21311,21342",ei:"T7
NxSuOdFovmM6HjoLEM"},kHL:"en"};

window.google.sn="web";window.google.timers={load:{t:{start:(new
Date).getTime()}}};try{window.google.pt=window.gtbExternal&&window.gtbExternal.pageT
()||window.external&&window.external.pageT}catch(b){}
window.google.jsrt_kill=1;
</script><style>body{background:#fff;color:#000;margin:3px
8px}#gbar{height:22px}.gbh,.gbd{border-top:1px solid
#c9d7f1;font-size:1px}.gbh{height:0;position:absolute;top:24px;width:100%}#gbi,#gbs{
background:#fff;left:0;position:absolute;top:24px;width:100%}#gbi,#gbs{
i{border:1px solid;border-color:#c9d7f1 #36c #36c
#a2bae7;z-index:1001}#guser{padding-bottom:7px
!important;text-align:right}#gbar,#guser{font-size:13px;padding-top:1px
!important}@media
all{.gb1,.gb3{height:22px;margin-right:.5em;vertical-align:top}#gbar{float:left}}.gb
2{display:block;padding:.2em .5em}a.gb1,a.gb2,a.gb3{color:#00c
!important}.gb2,.gb3{text-decoration:none}a.gb2:hover{background:#36c;color:#fff
!important}a.gb1,a.gb2,a.gb3,.link{color:#20c!important}.ts{border-collapse:collapse
}.ts td{padding:0}.ti,.bl,form,#res
h3{display:inline}.ti{display:inline-table}.fl:link,.gl,.gl
a:link{color:#77c}a:link,.w,#prs a:visited,#prs
a:active,.q:active,.q:visited{color:#20c}.mblink:visited,a:visited{color:#551a8b}a:a
ctive{color:red}.cur{color:#a90a08;font-weight:bold}.b{font-weight:bold}.j{width:42e
m;font-size:82%}.s{max-width:42em}.sl{font-size:82%}#gb{text-align:right;padding:1px
0
7px;margin:0}.hd{position:absolute;width:1px;height:1px;top:-1000em;overflow:hidden}
.f,.m,.c h2,#mbEnd
h2{color:#676767}.a,cite,.cite,.cite:link{color:green;font-style:normal}#mbEnd{float
:right}h1,ol{margin:0;padding:0}li.g,body,html,.std,.c h2,#mbEnd
h2,h1{font-size:small;font-family:arial,sans-serif}.c h2,#mbEnd
h2,h1{font-weight:normal}#ssb,.clr{clear:both;margin:0 8px}#nav a,#nav
a:visited,.blk a{color:#000}#nav a{display:block}#nav .b a,#nav .b
a:visited{color:#20c}#nav
.i{color:#a90a08;font-weight:bold}.csb,.ss{background:url(/images/nav_logo6.png)
no-repeat 0 0;height:26px;display:block}.ss{background-position:0
-88px;position:absolute;left:0;top:0}.cps{height:18px;overflow:hidden;width:114px}.m
bi{width:13px;height:13px;background-position:-91px -74px;overflow:hidden;width:3px}#nav
td{padding:0;text-align:center}#logo{display:block;overflow:hidden;position:relative
;width:103px;height:37px;margin:11px 0 7px}#logo
img{border:none;position:absolute;left:-0px;top:-26px}#logo
span,.ch{cursor:pointer}h3,.med{font-size:medium;font-weight:normal;padding:0;margin
:0}.e{margin:.75em 0}.slk
td{padding-left:40px;padding-top:5px;vertical-align:top}.slk
div{padding-left:10px;text-indent:-10px}.fc{margin-top:.5em;padding-left:3em}#mbEnd
cite{display:block;text-align:left}#mbEnd p{margin:-.5em 0 0
.5em;text-align:center}#bsf,#ssb,.blk{border-top:1px solid
#6b90da;background:#f0f7f9}#ssb{margin:11px 0}#bsf{border-bottom:1px solid
#6b90da}#flp{margin:7px 0}#ssb div{float:left;padding:4px 0
0;padding-left:7px;padding-right:.5em}#prs a,#prs b{margin-right:.6em}#ssb
p{text-align:right;white-space:nowrap;margin:.1em
0;padding:.2em;zoom:1}#ssb{margin:0 8px
11px;padding:.1em}#mbEnd{background:#fff;padding:0;border-left:11px solid
#fff;border-spacing:0;white-space:nowrap}#res{padding-right:1em;margin:0
16px}.c{background:#fff8dd;margin:0 8px}.c li{padding:0 3px 0 8px;margin:0}.c
.tam,.c .tal{padding-top:12px}#mbEnd li{margin:1em
0;padding:0;zoom:1}.xsm{font-size:x-small}.sm{margin:0 0 0 40px;padding:0}ol
li{list-style:none}.sm li{margin:0}.gl,#bsf a,.nobr{white-space:nowrap}#mbEnd
.med{white-space:normal}.sl,.r{display:inline;font-weight:normal;margin:0}.r{font-si
ze:medium}h4.r{font-size:small}.mr{margin-top:-.5em}.g{margin:1em 0}.mbl{margin:1em
```

Page 1

```
                            parts geek 7-30-09.htm
0 0}em{font-weight:bold;font-style:normal}.tbi div,
#tbp{background:url(/images/nav_logo6.png)
no-repeat;overflow:hidden;width:13px;height:13px;cursor:pointer}#ssb
#tbp{background-position:-91px
-74px;padding:0;margin-top:1px;margin-left:0.75em;}.tbpo,.tbpc{margin-left:3px;margi
n-right:1em;text-decoration:underline;white-space:nowrap;cursor:pointer}.tbpc,.tbo
.tbpo {display:inline}.tbo .tbpc,.tbpo{display:none}#prs *{float:left}#prs a, #prs
b{margin-right:.3em}#ssb a{outline:none}.std
dfn{top:0;padding-left:.2em;padding-right:.5em}dfn{font-style:normal;font-weight:bol
d;padding-left:1px;line-height:100%;position:relative;top:-.12em}#tbd{display:none}</
style><script>google.y={};google.x=function(e,g){google.y[e.id]=[e,g];return
false};window.clk=function(b,c,d,e,f,g,h){if(document.images){var
a=encodeURIComponent||escape;(new
Image).src=["/url?sa=T\x26source\x3dweb",c?"&oi="+a(c):"",d?"&cad="+a(d):"","&ct=",a
(e||"res"),"&cd=",a(f),b?"&url="+a(b.replace(/#.*/,"")).replace(/\+/g,"%2B"):"","&ei
=","T7NxSuOdFovmM6HjoLEM",g].join("")}
return true};
window.gbar={qs:function(){},tg:function(e){var o={id:'gbar'};for(i in
e)o[i]=e[i];google.x(o,function(){gbar.tg(o)})}};</script></head><body id=gsr
topmargin=3 marginheight=3><textarea id=csi style=display:none></textarea><div
id=header><div id=gbar><nobr><b class=gb1>
href="http://images.google.com/images?q=parts+geek&rls=com.microsoft:en-us:IE-Search
Box&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wi"
onclick=gbar.qs(this) class=gb1>Images</a> <a
href="http://video.google.com/videosearch?q=parts+geek&rls=com.microsoft:en-us:IE-Se
archBox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wv"
onclick=gbar.qs(this) class=gb1>Videos</a> <a
href="http://maps.google.com/maps?q=parts+geek&rls=com.microsoft:en-us:IE-SearchBox&
oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wl"
onclick=gbar.qs(this) class=gb1>Maps</a> <a
href="http://news.google.com/news?q=parts+geek&rls=com.microsoft:en-us:IE-SearchBox&
oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wn"
onclick=gbar.qs(this) class=gb1>News</a> <a
href="http://www.google.com/products?q=parts+geek&rls=com.microsoft:en-us:IE-SearchB
ox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wf"
onclick=gbar.qs(this) class=gb1>Shopping</a> <a
href="http://mail.google.com/mail/?hl=en&tab=wm" class=gb1>Gmail</a> <a
href="http://www.google.com/intl/en/options/"
onclick="this.blur();gbar.tg(event);return !1" aria-haspopup=true
class=gb3><u>more</u> <small>&#9660;</small></a><div id=gbi><a
href="http://groups.google.com/groups?q=parts+geek&rls=com.microsoft:en-us:IE-Search
Box&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wg"
onclick=gbar.qs(this) class=gb2>Groups</a> <a
href="http://books.google.com/books?q=parts+geek&rls=com.microsoft:en-us:IE-SearchBo
x&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wp"
onclick=gbar.qs(this) class=gb2>Books</a> <a
href="http://scholar.google.com/scholar?q=parts+geek&rls=com.microsoft:en-us:IE-Sear
chBox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=ws"
onclick=gbar.qs(this) class=gb2>Scholar</a> <a
href="http://www.google.com/finance?q=parts+geek&rls=com.microsoft:en-us:IE-SearchBo
x&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=we"
onclick=gbar.qs(this) class=gb2>Finance</a> <a
href="http://blogsearch.google.com/blogsearch?q=parts+geek&rls=com.microsoft:en-us:I
E-SearchBox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wb"
onclick=gbar.qs(this) class=gb2>Blogs</a> <div class=gb2><div
class=gbd></div></div><a
href="http://www.youtube.com/results?q=parts+geek&rls=com.microsoft:en-us:IE-SearchB
ox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=w1"
onclick=gbar.qs(this) class=gb2>YouTube</a> <a
href="http://www.google.com/calendar/render?hl=en&tab=wc" class=gb2>Calendar</a> <a
href="http://picasaweb.google.com/lh/view?q=parts+geek&rls=com.microsoft:en-us:IE-Se
archBox&oe=UTF-8&sourceid=ie7&rlz=1I7GGLL_en&um=1&ie=UTF-8&sa=N&hl=en&tab=wq"
onclick=gbar.qs(this) class=gb2>Photos</a> <a
                                Page 2
```

```
                                    parts geek 7-30-09.htm
href="http://docs.google.com/?hl=en&tab=wo" class=gb2>Documents</a> <a
href="http://www.google.com/reader/view/?hl=en&tab=wy" class=gb2>Reader</a> <a
href="http://sites.google.com/?hl=en&tab=w3" class=gb2>Sites</a> <a class=gb2><div
class=gbd></div></div> <a href="http://www.google.com/intl/en/options/"
class=gb2>even more &raquo;</a> </div></nobr></div><div id=guser width=100%><nobr><a
href="https://www.google.com/accounts/Login?hl=en&continue=http://www.google.com/sea
rch%3Fq%3Dparts%2Bgeek%26rls%3Dcom.microsoft:en:us:IE-SearchBox%26ie%3DUTF-8%26oe%3D
UTF-8%26sourceid%3Die7%26rlz%3DI17GGLL_en">Sign in</a></nobr></div></div><div class=gbh
style=left:0></div><div class=gbh style=right:0></div></div></div><form id=tsf
name=gs method=GET action="/search"><table id=sft class=ts
style="clear:both;margin:15px 16px 24px 15px"><tr valign=top><td><h1><a id=logo
href="http://www.google.com/webhp?hl=en" title="Go to Google Home">Google<img
width=150 height=106 src="/images/nav_logo6.png" alt=""></a></h1><td id=sff
style="padding:1px 3px 7px;padding-left:16px;width:100%"><table class=ts
style="margin:16px 0 3px"><tr><td nowrap><input type=hidden name=hl
value="en"><input type=hidden name=rls
value="com.microsoft:en-us:IE-SearchBox"><input type=hidden name=rlz
value="1I7GGLL_en"><input autocomplete="off" type=text name=q size=41 maxlength=2048
value="parts geek" title="Search" > <input type=submit name="btnG" style="margin:0
2px 0 5px" value="Search"></td><td style="padding:0 6px" class="nobr xsm"><a
href="/advanced_search?q=parts+geek&hl=en&rls=com.microsoft:en-us:IE-SearchB
ox&rlz=1I7GGLL_en">Advanced Search</a><br><a
href="/preferences?q=parts+geek&hl=en&rls=com.microsoft:en-us:IE-SearchBox&a
mp;rlz=1I7GGLL_en">Preferences</a></table></table></form></div><noscript><style>.bl{
display:none !important}</style></noscript><div id=ssb><div id=prs><span
class=std><b>Web</b></span><span
href="/search?q=parts+geek&hl=en&rls=com.microsoft:en-us:IE-SearchBox&rl
z=1I7GGLL_en&tbo=1" id=tbpi class=q onclick="return
google.x(this,function(){return google.Toolbelt.toggle(this, event)})"><div
id=tbp></div><span class=tbpo>Hide options</span><span class=tbpc>Show
options...</span></a></div></p> Results <b>1</b> - <b>10</b> of about
<b>12,200,000</b> for <b><a
href="/url?q=http://www.answers.com/parts&r=67&ei=T7NxSuOdFovmM6HjoLEM&s
a=X&oi=dict&ct=D&cd=1&usg=AFQjCNEwwkr5IpRRQ4XEGIU7DISutblCvg"
title="Look up definition of parts">parts</a> <a
href="/url?q=http://www.answers.com/geek&r=67&ei=T7NxSuOdFovmM6HjoLEM&sa
=X&oi=dict&ct=D&cd=2&usg=AFQjCNFTPYiXF2HahKH2eOFG1-f-J1sYCQ"
title="Look up definition of geek">geek</a></b>.  (<b>0.13</b>
seconds) </div><div id=tbd class=med></div><table id=mbEnd  width=30%
style=margin-bottom:1em><tr><td id=rhsline style="padding-left:8px;border-left:1px
solid #c9d7f1" class=std><h2 style="text-align:center;margin:0;padding:0">Sponsored
Links</h2><ol onmouseover="return true" class=nobr><li><h3><a id=an1
href="/aclk?sa=l&ai=CEGO2T7NxSuOGYPiM7aXyKOI4qjRhwHomvbkDbqzkc8MEAEgx5j4BSgDUNe
ahs4EYMn-7oqOpOQPoAG-m87uA8gBAaoEHO_QukR39_KaV1rLQwv0amCDk9IVZVy6V77d7JsQAIo&num
=2&sig=AGiWqtwJIzsd9zYGAQinhDbyEyj3KvlVwA&q=http://www.justanswer.com/comput
er/Geek%3Fr%3Dppc%7Cga%7C6%7CComputer%2B%252D%2BTop%2BBrands%7CGeek%26JCRN%3DCompute
r%2BTechnicians%26JRA%3D%26JPRC%3D1%26JPKW%3Dgeek%2520parts%26JPDC%3DS%26JPST%3D%26J
PAD%3D3606874342%26JPCD%3D20090413-1">Ask <b>Geek</b> Tech Support Now</a></h3>9
Tech Support Reps Are Online!<br>Ask a Question, Get an Answer
ASAP.<br><cite>www.JustAnswer.com/<b>Geek</b></cite><li><h3><a id=an2
href="/aclk?sa=l&ai=CkHSiT7NxSuvOGYPiM7aXyKOIOYmjJvHRwvEOlIK16QUQAiDHmPgFKANQOuv
L4P7___AWDJ_u6KtKTkD6ABx5uJ_wPIAQGgBB9POOpuYffzm1day0ML9HN38ZXbFIda-fMNrxBOwrgJ&am
p;num=3&ggladgrp=1204412292695742988&gglcreat=1692570090611599447&sig=
AGiWqtx-36Mp-ilycH-3EBzPsfekzu9y9A&q=http://pixel1360.everesttech.net/1360/rq/3/
e.com/partsearch/auto_parts_wherehouse.html%253Fapwcid%253DX1093010841W41260599c6350
%2526apwkwdparts%252Bgeek"><b>Parts Geek</b> -Free Shipping</a></h3>Low Price
Guarantee on <b>Parts Geek</b><br><br>Plus Get Free Shipping
Today!<br><cite>www.auto<b>parts</b>warehouse.com</cite><a
href="/aclk?sa=l&ai=CkHSiT7NxSuvOGYPiM7aXyKOIOYmjJvHRwvEOlIK16QUQAiDHmPgFKANQOuv
L4P7___AWDJ_u6KtKTkD6ABx5uJ_wPIAQGgBB9POOpuYffzm1day0ML9HN38ZXbFIda-fMNrxBOwrgJ&am
p;num=3&ggladgrp=1204412292695742988&gglcreat=1692570090611599447&sig=
AGiWqtx-36Mp-ilycH-3EBzPsfekzu9y9A&q=http://pixel1360.everesttech.net/1360/rq/3/
```

parts geek 7-30-09.htm
s_37eebbc1bc8401248261f7f21ced466b_3898857305/url%3Dhttp%253A//www.autopartswarehous
e.com/partsearch/auto_parts_wherehouse.html%253Fapwcid%253DX1093010841W41260599c635O
%2526apwkwdparts%252Bgeek" onclick="ha('aw2')"
style="position:relative;display:block;padding-bottom:2px" class=cps><span
class=hd>Google Checkout</span><span class="cps ss"></span></a><li><h3><a id=an3
href="/aclk?sa=L&amp;ai=CMQYjT7NxSuvOGYPiM7aXyKOI9Y-CmwHNVoUDDpSCtekFEAMgx5j4BSgDUOW
5n7P9____wFgyf7uirSk5A_IAQGqBBlPOPpQYPfOmlcSy581D5RUcXzUVsHvyKtR&amp;num=4&amp;sig=
AGiWqtyxVVwi4eGS6iBxGsf2oU4Mwp7gXQ&amp;q=http://www.bizrate.com/mkt.xpml%3Fmkt_id%3D
713074119"><b>Parts Geek</b></a>!<br><cite>BizRate.com</cite></ol><br><p><br><br><tr><td
id=rhspad</table></div class=c id=tads><h2 style="float:right;margin:3px 3px
0">Sponsored Link</h2><ol onmouseover="return true" style="padding:3px 0"><li
class=tas><h3><a id=pa1
href="/aclk?sa=l&amp;ai=ChrDiT7NxSuvOGYPiM7aXyKOIluCVfKz936AJhv-yyyCIABABIMeY-AVQtqb
S_QFgyf7uirSk5A-gAd757f4DyAEBqgQWT9DKYG738ZpXWstDGvV7UjLYZyQ9AA&amp;sig=AGiWqtwky9mc
jEhGlhR3SoWOOgnZpOeQMw&amp;q=http://www.dpbolvw.net/click-1552053-10591272%3Fsid%3D1
8026995-2386224822-search%26url%3Dhttp%253A%252F%252Fadfarm.mediaplex.com%252Fad%252
Fck%252F11138-66218-2056-0%253Fmpl%253D18026995%2526secrid%253D2386224822%2526seneti
d%253Dsearch%2526mpre%253Dhttp%253A%252F%25252Fwww.partsgeek.com"><b>Parts
Geek</b></a></h3><cite>www.<b>PartsGeek</b>.com</cite>      <b>Parts
Geek</b> Guarantees the Lowest Prices on All Auto <b>Parts</b>. Buy
Now!</ol></div><div id=res class=med><h2 class=hd>Search Results</h2><div><ol><li
class=g><h3 class=r><a href="http://www.partsgeek.com/" class=l onmousedown="return
clk(this.href,'','','res','1','')">Discount Auto <em>Parts</em> Online - Mercedes
<em>Parts</em>, BMW <em>Parts</em>, Volvo <b>...</b></a></h3><div class="s">Discount
auto <em>parts</em> and performance accessories online catalog for all domestic and
import cars and trucks. Super Low prices on new auto body <em>parts</em> and
<b>...</b></br><cite>www.<b>partsgeek</b>.com/ - </cite><span class=gl><a
href="http://74.125.95.132/search?q=cache:QSjD-bu9KwgJ:www.partsgeek.com/+parts+geek
&amp;cd=1&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','1','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.partsgeek.com/">Similar</a></span><br><table class=slk><tr><td><div><a
href="/url?q=http://www.partsgeek.com/makes/bmw.html&amp;ei=T7NxSuOdFovmM6HjoLEM&amp
;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=1&amp;usg=AFQjCNEHXpuVFfC6plgyV-
pvpjYxLMozFw">BMW</a></div><div><a
href="/url?q=http://www.partsgeek.com/makes/volvo.html&amp;ei=T7NxSuOdFovmM6HjoLEM&a
mp;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=2&amp;usg=AFQjCNESomhNQg6m6Bq9
qgXtSLaawsJA-g">Volvo</a></div><div><a
href="/url?q=http://www.partsgeek.com/makes/audi.html&amp;ei=T7NxSuOdFovmM6HjoLEM&am
p;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=3&amp;usg=AFQjCNGkhzVJuIDKq6SvE
Q98HrNbIlgXZA">Audi</a></div><div><a
href="/url?q=http://www.partsgeek.com/makes/chevrolet.html&amp;ei=T7NxSuOdFovmM6HjoL
EM&amp;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=4&amp;usg=AFQjCNFnCSUyX9Bo
oVRTTVhHtb3GpSkVcQ">Chevrolet</a></div></td><td style="padding-left:20px"><div><a
href="/url?q=http://www.partsgeek.com/aboutus.html&amp;ei=T7NxSuOdFovmM6HjoLEM&amp;s
a=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=5&amp;usg=AFQjCNHiJEF7ztTLYTGKJ1pC
UsSL_1JzqQ">About Us</a></div><div><a
href="/url?q=http://www.partsgeek.com/makes/acura.html&amp;ei=T7NxSuOdFovmM6HjoLEM&a
mp;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=6&amp;usg=AFQjCNFE8htwV7l2QVcr
fNjx1NTkxbGApA">Acura</a></div><div><a
href="/url?q=http://www.partsgeek.com/makes/alfa_romeo.html&amp;ei=T7NxSuOdFovmM6Hjo
LEM&amp;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=7&amp;usg=AFQjCNGVIlH6mMJ
nVsaZErHkODV33ku7RQ">Alfa Romeo Parts</a></div><div><a
href="/url?q=http://www.partsgeek.com/parts/blower_motor.html&amp;ei=T7NxSuOdFovmM6H
joLEM&amp;sa=X&amp;oi=smap&amp;resnum=1&amp;ct=result&amp;cd=8&amp;usg=AFQjCNHPoqs3s
otQyTCK82ew1oQEDp0CEg">Blower Motor</a></div></td></tr><tr><td colspan=2><a class=fl
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=+site:partsgeek.com+parts+geek&amp;ei=T7NxSuOdFovmM6HjoLEM&amp;sa=X&amp;oi=smap&am
p;resnum=1&amp;ct=more-results">More results from
partsgeek.com &raquo;</a></td></tr></table></div><li class=g><h3 class=r><a
href="http://www.partsgeek.com/makes/bmw.html" class=l onmousedown="return
clk(this.href,'','','res','2','')">BMW <em>Parts</em> - BMW Auto <em>Parts</em> -
Page 4

parts geek 7-30-09.htm

PartsGeek.com - New OEM &amp; Aftermarket <b>...</b></a></h3><div class="s">Apr 28,
2009 <b>...</b> Known throughout the world for superior quality and function, OEM
BMW <em>parts</em> are simply the smartest choice for a BMW. We stock <em>parts</em>
for the <b>...</b><br><cite>www.<b>partsgeek</b>.com/makes/bmw.html - </cite><span
class=g1><a
href="http://74.125.95.132/search?q=cache:n-laUhwYVPUJ:www.partsgeek.com/makes/bmw.h
tml+parts+geek&amp;cd=2&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','2','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.partsgeek.com/makes/bmw.html">Similar</a></span></div><li class=g><h3
class=r><a href="http://www.ripoffreport.com/reports/0/308/RipOff0308275.htm"
class=l onmousedown="return clk(this.href,'','','res','3','')">Rip-off Report:
<em>Parts Geek</em> ,But They Have Over A Dozen Different <b>...</b></a></h3><div
class="s" valign=top id=mbb3><em>Parts Geek</em> ,But They Have Over A Dozen
Different Names As Well, There Free Shipping is a Lie. Email threats From Them
Followed Manasquan New Jersey.<div class=bl><br><span class=ch id=mb13
onclick="google.x(this)"><table class="ts ti"><tr><td><div class="csb
mbi"></div></table><a href=# onclick="return false" class=mblink>Show map
of 2435 Highway 34, Manasquan, NJ 08736</a></span><br></div><div
id=mbf3><cite>www.ripoffreport.com/reports/0/308/RipOff0308275.htm - </cite><span
class=g1><a
href="http://74.125.95.132/search?q=cache:1HEuVNRml3kJ:www.ripoffreport.com/reports/
0/308/RipOff0308275.htm+parts+geek&amp;cd=3&amp;hl=en&amp;ct=clnk&amp;gl=us"
onmousedown="return clk(this.href,'','','clnk','3','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.ripoffreport.com/reports/0/308/RipOff0308275.htm">Similar</a></span></
div></div><li class=g><h3 class=r><a
href="http://www.mycoupons.com/coupons/partsgeek.com" class=l onmousedown="return
clk(this.href,'','','res','4','')"><em>Parts Geek</em> Coupons and <em>Parts
Geek</em> Coupon Codes</a></h3><div class="s">Find all <em>Parts Geek</em> Coupons,
<em>Parts Geek</em> Coupon Codes, and <em>Parts Geek</em> Discounts. Share your
<em>Parts Geek</em> Coupons.<br><cite>www.mycoupons.com/coupons/<b>partsgeek</b>.com
- </cite><span class=g1><a
href="http://74.125.95.132/search?q=cache:caRsq54XDxQJ:www.mycoupons.com/coupons/par
tsgeek.com+parts+geek&amp;cd=4&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','4','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.mycoupons.com/coupons/partsgeek.com">Similar</a></span></div><li
class=g><h3 class=r><a href="http://www.digitaleditor.com/PartsGeek" class=l
onmousedown="return clk(this.href,'','','res','5','')"><em>Parts Geek</em> Coupon
Code, Promotional Code, Discount Code and Free <b>...</b></a></h3><div
class="s"><em>Parts Geek</em> sells new, OEM and aftermarket auto <em>parts</em> and
accessories. Their <em>parts</em> are very high quality compared to most online
retailers. <b>...</b><br><cite>www.digitaleditor.com/<b>PartsGeek</b> - </cite><span
class=g1><a
href="http://74.125.95.132/search?q=cache:YLhksWvDmLAJ:www.digitaleditor.com/PartsGe
ek+parts+geek&amp;cd=5&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','5','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.digitaleditor.com/PartsGeek">Similar</a></span></div><li class=g><h3
class=r><a href="http://jennymclane.xanga.com/" class=l onmousedown="return
clk(this.href,'','','res','6','')">jennymclane&#39;s Xanga Site</a></h3><div
class="s">The Auto <em>Parts Geek</em>, Your everyday guide to longer, better, and
healthier car ownership. When you need no-fuss answers to your car concerns,
<b>...</b><br><cite>jennymclane.xanga.com/ - </cite><span class=g1><a
href="http://74.125.95.132/search?q=cache:1jcalm-usEkJ:jennymclane.xanga.com/+parts+
geek&amp;cd=6&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','6','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:jennymclane.xanga.com/">Similar</a></span></div><li class=g><h3 class=r><a
href="http://discounts.shopathome.com/Coupons-Parts_Geek.discounts/17866/" class=l
onmousedown="return clk(this.href,'','','res','7','')"><em>parts geek</em> Coupons -
All coupons, discounts, and codes from <b>...</b></a></h3><div class="s"><em>parts

parts geek 7-30-09.htm
geek</em> Coupons, cash back, discounts and coupon codes. ShopAtHome has tens of
thousands of coupons from thousands of other
merchants.<br><cite>discounts.shopathome.com/Coupons-<b>Parts</b>_<b>Geek</b>.../178
66/ - </cite><span class=gl><a
href="http://74.125.95.132/search?q=cache:2_GOZpk52wkJ:discounts.shopathome.com/Coup
ons-Parts_Geek.discounts/17866/+parts+geek&amp;cd=7&amp;hl=en&amp;ct=clnk&amp;gl=us"
onmousedown="return clk(this.href,'','','clnk','7','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:discounts.shopathome.com/Coupons-Parts_Geek.discounts/17866/">Similar</a><
/span></div><li class=g><h3 class=r><a href="http://www.geeks.com/" class=l
onmousedown="return clk(this.href,'','','res','8','')"><em>Geeks</em>.com - Computer
<em>parts</em>, Laptop computers, Desktop computers <b>...</b></a></h3><div
class="s">Your Source for the Best Deals on Computer <em>Parts</em>, Computer
Hardware, Laptop Computers, Desktop Computers and Computer Tips with Fast &amp; Easy
Shipping <b>...</b></b><br><cite>www.<b>geeks</b>.com/ - </cite><span class=gl><a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.geeks.com/">Similar</a></span></div><li class=g><h3 class=r><a
href="http://www.bestonlinecoupons.com/coupons/parts-geek.asp" class=l
onmousedown="return clk(this.href,'','','res','9','')">» <em>Parts Geek</em> Coupons
&amp; <em>Parts Geek</em> Coupon Codes «</a></h3><div class="s"><em>Parts Geek</em>
coupons and <em>Parts Geek</em> coupon codes can help you save a lot. For superb
<em>parts geek</em> coupons, promo codes, discounts, promotion code deals,
<b>...</b><br><cite>www.bestonlinecoupons.com/coupons/<b>parts</b>-<b>geek</b>.asp -
</cite><span class=gl><a
href="http://74.125.95.132/search?q=cache:_Cdb97L1zz4J:www.bestonlinecoupons.com/cou
pons/parts-geek.asp+parts+geek&amp;cd=9&amp;hl=en&amp;ct=clnk&amp;gl=us"
onmousedown="return clk(this.href,'','','clnk','9','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.bestonlinecoupons.com/coupons/parts-geek.asp">Similar</a></span></div>
<li class=g><h3 class=r><a href="http://www.retailmenot.com/view/partsgeek.com"
class=l onmousedown="return clk(this.href,'','','res','10','')"><em>Parts Geek</em>
Coupon Codes - all coupons, discounts and promo codes <b>...</b></a></h3><div
class="s">Find and share <em>Parts Geek</em> coupon codes and promo codes for great
discounts. Get the best partsgeek.com coupon at
RetailMeNot.com.<br><cite>www.retailmenot.com/view/<b>partsgeek</b>.com -
</cite><span class=gl><a
href="http://74.125.95.132/search?q=cache:-e2O2lTLB4sJ:www.retailmenot.com/view/part
sgeek.com+parts+geek&amp;cd=10&amp;hl=en&amp;ct=clnk&amp;gl=us" onmousedown="return
clk(this.href,'','','clnk','10','')">Cached</a> - <a
href="/search?hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1I7GGLL_en&amp;
q=related:www.retailmenot.com/view/partsgeek.com">Similar</a></span></div></ol></div
></div><br clear="all"/><table id=nav align=center
style="border-collapse:collapse;margin:auto;text-align:center;direction:ltr;margin-b
ottom:1.4em"><tr valign=top><td class=b><span class="csb"
style="background-position:-26px 0;width:18px"></span><td class=cur><span
class="csb" style="background-position:-44px 0;width:16px"></span>1<td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=10&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>2</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=20&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>3</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=30&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>4</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=40&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>5</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=50&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>6</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=60&amp;sa=N"><span class="csb ch"

```
                              parts geek 7-30-09.htm
style="background-position:-60px 0;width:16px"></span>7</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=70&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>8</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=80&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>9</a><td><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=90&amp;sa=N"><span class="csb ch"
style="background-position:-60px 0;width:16px"></span>10</a><td class=b><a
href="/search?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rl
z=1I7GGLL_en&amp;start=10&amp;sa=N"><span class="csb ch"
style="background-position:-76px
0;margin-right:34px;width:66px"></span>Next</a></table><div
style="height:1px;line-height:0"></div><div
style="text-align:center;margin-top:1.4em" class=clr><div id=bsf
style="padding:1.8em 0;margin-top:0"><form method=get action="/search"><div><input
type=text name=q size=41 maxlength=2048 value="parts geek" title="Search"> <input
type=submit name="btnG" style="margin:0 2px 0 5px" value="Search"><input type=hidden
name=hl value="en"><input type=hidden name=rls
value="com.microsoft:en-us:IE-SearchBox"><input type=hidden name=rlz
value="1I7GGLL_en"><input type=hidden name=sa value="2"></div></form><p
style="margin:1.2em 0 0"><a
href="/swr?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&amp;rlz=1
I7GGLL_en&amp;swrnum=12200000">Search within results</a> - <a
href="/language_tools?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBo
x&amp;rlz=1I7GGLL_en">Language Tools</a> - <a
href="/support/websearch/bin/answer.py?answer=134479&amp;hl=en">Search Help</a> - <a
href="/quality_form?q=parts+geek&amp;hl=en&amp;rls=com.microsoft:en-us:IE-SearchBox&
amp;rlz=1I7GGLL_en" target=_blank>Dissatisfied? Help us improve</a> - <a
href="/experimental/">Try Google Experimental</a></div><p id=flp><a
href="/">Google Home</a> - <a
href="/intl/en/ads/">Advertising Programs</a> - <a href="/services/">Business
Solutions</a> - <a href="/intl/en/privacy.html">Privacy</a> - <a
href="/intl/en/about.html">About Google</a></p></div><textarea style="display:none"
id=hcache></textarea><div id=xjsd></div></div><div
id=xjsi><script>if(google.y)google.y.first=[];if(google.y)google.y.first=[];google.d
str=[];google.rein=[];window.setTimeout(function(){var
a=document.createElement("script");a.src="/extern_js/f/CgJlbhICdXMrMAo4J0AILCswDjgFL
CswFjgOLCswFzgDLCswGDgELCswGTgELCswJTjJiAESKzAmOAUsKzAnOAIs/QjhA_MqqRjO.js";(documen
t.getElementById("xjsd")||document.body).appendChild(a)},0);
;window.mbtb1={tbs:"",docid:"3069083657186366996",usg:"3a7a"};google.base_href='/sea
rch?q\x3dparts+geek\x26hl\x3den\x26rls\x3dcom.microsoft:en-us:IE-SearchBox\x26rlz\x3
d1I7GGLL_en';google.y.first.push(function(){window.mb3=ManyBox.register('3','1HEuVNR
ml3kJ','847d',14,'Hide map of\x26nbsp;2435 Highway 34, Manasquan, NJ
08736');google.ac.m=0;google.ac.i(document.gs,document.gs.q,'','parts
geek');ManyBox.init()});google.xjs&&google.j&&google.j.xi&&google.j.xi()</script></d
iv><script>(function(){
function a(){google.timers.load.t.ol=(new
Date).getTime();google.report&&google.report(google.timers.load,google.kCSI)}if(wind
ow.addEventListener)window.addEventListener("load",a,false);else
if(window.attachEvent)window.attachEvent("onload",a);google.timers.load.t.prt=(new
Date).getTime();
})();
</script>
```

remember this is just one of hundreds or thousands

the next email will show another ad from auto parts warehouse when I reloaded the page



Dick Pine
609 801 9711 Home and fax
609 273 7330 Cell
609 910 3060 Skype
dickpine@comcast.net

AOL | Mail | Location: Unknown | Advanced Search | Settings || Sign In

**Web    Images  |  Video  |  MapQuest  |  Yellow Pages  |  Shopping  |  more »**

parts geek                                          **Search**

Web Results 1 - 10 of about 5,150,000

Also Try - geek auto parts

### Parts Geek
Parts Geek Guarantees the Lowest Prices on All Auto Parts. Buy Now!
www.PartsGeek.com

### Accessories Geek
Buy Quality Phone Accessories Now Up To 80% Off With Free Shipping
www.AccessoryGeeks.com

### Parts Geek -Free Shipping
Low Price Guarantee on Parts Geek Plus Get Free Shipping Today!
www.autopartswarehouse.com

More Offers: parts geek, lifestyle solutions, lifestyle management, life skills coach

### Discount Auto Parts Online - Mercedes Parts, BMW Parts, Volvo ...
Discount auto parts and performance accessories online catalog for all domestic and import
cars and trucks. Super Low prices on new auto body parts and ...
www.partsgeek.com/ - 55k - Similar pages

| | |
|---|---|
| BMW | About Us |
| Volvo | Acura |
| Audi | Alfa Romeo Parts |
| Chevrolet | Blower Motor |

[ More results from www.partsgeek.com ]

### BMW Parts - BMW Auto Parts - PartsGeek.com - New OEM & ...
Apr 28, 2009 ... Known throughout the world for superior quality and function, OEM BMW
parts are simply the smartest choice for a BMW. We stock parts for the ...
www.partsgeek.com/makes/bmw.html - 43k - Similar pages

### Rip-off Report: Parts Geek ,But They Have Over A Dozen ...
Parts Geek ,But They Have Over A Dozen Different Names As Well, There Free Shipping is a
Lie. Email threats From Them Followed Manasquan New Jersey.
www.ripoffreport.com/reports/0/308/RipOff0308275... - 51k - Similar pages

### Geeks.com - Computer parts, Laptop computers, Desktop ...
Your Source for the Best Deals on Computer Parts, Computer Hardware, Laptop Computers,
Desktop Computers and Computer Tips with Fast & Easy Shipping ...
www.geeks.com/ - 55k - Similar pages

### Parts Geek Coupons and Parts Geek Coupon Codes
Find all Parts Geek Coupons, Parts Geek Coupon Codes, and Parts Geek Discounts. Share
your Parts Geek Coupons.
www.mycoupons.com/coupons/partsgeek.com - 49k - Similar pages

### jennymclane's Xanga Site
The Auto Parts Geek, Your everyday guide to longer, better, and healthier car ownership.
When you need no-fuss answers to your car concerns, ...
jennymclane.xanga.com/ - 51k - Similar pages

### parts geek Coupons - All coupons, discounts, and codes from ...
parts geek Coupons, cash back, discounts and coupon codes. ShopAtHome has tens of
thousands of coupons from thousands of other merchants.
discounts.shopathome.com/Coupons-Parts_Geek.disc... - 81k - Similar pages

Sponsored Links

## » Parts Geek Coupons & Parts Geek Coupon Codes «

**Parts Geek** coupons and **Parts Geek** coupon codes can help you save a lot. For superb **parts geek** coupons, promo codes, discounts, promotion code deals, ...
www.bestonlinecoupons.com/coupons/parts-geek.asp - 13k - Similar pages

## Parts Geek Coupon Codes - all coupons, discounts and promo ...

Find and share **Parts Geek** coupon codes and promo codes for great discounts. Get the best partsgeek.com coupon at RetailMeNot.com.
www.retailmenot.com/view/partsgeek.com - 20k - Similar pages

## Parts Geek Coupons, 8% Cash Back, Promotional Codes and Reviews

Free **Parts Geek** coupons plus get 8% cash back on all of your **Parts Geek** orders. Save with **Parts Geek** coupons, promotional codes. Read **Parts Geek** reviews to ...
www.cashbaq.com/Parts-Geek-coupons-2498.html - 42k - Similar pages

Sponsored Links

### Parts Geek

**Parts Geek** Guarantees the Lowest Prices on All Auto **Parts**. Buy Now!
www.PartsGeek.com

### Accessories Geek

Buy Quality Phone Accessories Now Up To 80% Off With Free Shipping
www.AccessoryGeeks.com

### Parts Geek -Free Shipping

Low Price Guarantee on **Parts Geek** Plus Get Free Shipping Today!
www.autopartswarehouse.com

### Greek Accessories

Save on greek accessories! Qualified orders over $25 ship free
Amazon.com

### Ask Geek Tech Support Now

9 Tech Support Reps Are Online! Ask a Question, Get an Answer ASAP.
www.JustAnswer.com/Geek

More Offers: **parts geek**, lifestyle solutions, lifestyle management, life skills coach

Also Try - geek auto parts

**1** 2 3 4 5 6 7 8 9 10  **Next**

Did you find what you were looking for?  Yes  |  No

### Upgrade NOW to IE8

Free, Safer & Faster!
**Click Here**

parts geek                                    [ Search ]

About This Page | Help | Tell Us What You Think | Privacy Policy | Terms of Use | Trademarks

© 2009 AOL LLC. All Rights Reserved.

```
                         parts geek aol 8-5-09.htm
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml"
xmlns:f="http://search.aol.com/rdf/finds">
<head><!--fb-->
<meta http-equiv="Content-Type" content="text/html; charset=UTF-8" /> <link
rel="search" type="application/opensearchdescription+xml" title="AOL Search"
href="/assets/en/US/aolcomtb4/0780h12/001/opensearch.xml" /> <title> AOL Search
results for  "parts geek"</title> <style type="text/css">.BSB
#query2{width:98%;border:0;margin:2px 1% 0;font-size:1.069em;}.BSB
.BSBbtn{cursor:pointer;font-family:arial;font-size:14px;width:100%;color:white;borde
r:0 solid white;font-weight:bold;height:25px;background:#87BF36
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0
-21px;padding:0 0 2px 0;}.BSBform{margin:-1px 0 0;padding:1px 1px
0;width:100%;clear:both;height:26px;border:1px solid #E6E6E6;}.bholder{border:1px
solid #C6D6B2;border-right;background:white;}.bholder .bsbwidth{width:100%;}.bholder
#query2{float:left;}#IE .BSBbtn{padding-bottom:1%;}#IE .BSB
#query2{padding-left:1%;}#IE .BSBform{position:relative;width:99.7%;}#IE6 .BSB
#query2{padding-left:0;padding-bottom:0;margin-top:0;}#IE6
.BSBform{height:26px;padding-left:1px;}#IE6 .BSB
.BSBbtn{height:25px;margin-bottom:0;}#IE6 .bholder{margin-left:0;}

.WOL{font-size:1.235em;background-color:#f4f9fc;padding:5px 5px 5px 8px;margin:0 0 0
-8px;}.WOL h3{margin:0;font-size:.935em;display:inline;font-weight:normal;}.WOL
.woq{font-weight:bold;}.WOL .tdl{vertical-align:top;white-space:nowrap;padding:1px
4px 0 0;}.WOL .tdr{vertical-align:top;width:100%;}#g .wh .WOL{max-width:837px;}.n
.WOL{background:none;padding:7px 0 36px 24px;margin:0 0 0 59px;border-left:1px solid
#e5e5e5;}#IE .n .WOL h3{padding-right:4px;}#IE6 #g .wh
.WOL{width:expression(document.body.clientWidth>= 861? "837px":"auto");}#IE .WOL
.tdr b,#IE .WOL .woq{line-height:1.2;}

.RLS{margin:.6em 0;font-size:1.155em;}.RLS ul,.RLS ul li{display:inline;}

.COPY{clear:both;padding:14px 0 0 1px;color:#818181;font-size:.916667em;}.results
.COPY{padding-left:9px;}

.BB{clear:both;border-bottom:1px solid #e5e5e5;color:#717171;padding:0 0 3px
10px;font-size:.9047em;}#IE6 .BB{margin-bottom:3px;}

.HL{white-space:nowrap;padding:7px 0 14px;text-align:right;font-size:.905em;}.HL
li{display:inline;color:#d6d6d6;}.HL .gray{padding:0 4px 0 0;}.HL .gray
span{color:#818181;}.HL a{color:#0660a7;}.HL a:visited{color:#0660a7;}.HL
#locn{color:#818181;padding:0 0 0 3px;}#IE .HL{padding-bottom:12px;}
#g,#gn,#gv{clear:both;max-width:971px;min-width:723px;}.n{float:right;width:320px;pa
dding-top:4px;}#gv:after,#gn:after{content:".";display:block;height:0;clear:both;vis
ibility:hidden;}.w a b{text-decoration:underline;}.wh{padding:4px 0 0
18px;}a.sLogo{text-decoration:none;}a.sLogo{background:transparent
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) no-repeat 0
-542px;width:219px;height:35px;}#gn .w{float:left;margin:auto auto auto
-320px;width:100%;}#gn .wh{margin:auto auto 320px;padding:4px 33px 0
18px;max-width:868px;}#IE6 a.sLogo{position:relative;}#IE6 #g,#IE6 #gn,#IE6
#gv{width:expression(document.body.clientWidth <= 725?
"723px":document.body.clientWidth>= 973? "971px":"auto");}

.LOGO{float:left;}.LOGO .sLogo{outline:none;}

.RLSB{margin:.8em 0;font-size:1.155em;}.RLSB ul,.RLSB ul li{display:inline;}
body{margin:3px 8px 8px 8px;}.HEAD{background:transparent
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0
-181px;margin:-8px -8px 0;padding:0 5px 0
17px;clear:both;min-width:714px;}.HEADW{max-width:962px;}#IE6
.HEAD{width:expression(document.documentElement.clientWidth < 739 ?
"714px":"auto");}#IE6
```
                              Page 1

```
                              parts geek aol 8-5-09.htm
.HEADW{width:expression(document.documentElement.clientWidth>982 ?
"962px":"auto");}#IE .HEAD{position:relative;z-index:1000;zoom:100%;}#IE6
.HEADW{margin-bottom:-3px;}#IE6 #HWS{height:104px;}.results #IE6
.HEAD{height:118px;}

.bbt{font-size:1.485em;padding:0 0 0 10px;}
.FO{clear:both;background:transparent
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0
-46px;height:135px;margin:6px -8px 0;padding:0 5px 0 17px;position:relative;}.FO
.FOOT{position:absolute;bottom:17px;left:17px;clear:both;}.results
.FO{min-width:714px;}.results #IE6
.FO{width:expression(document.documentElement.clientWidth < 739 ?
"714px":"auto");}.FOW{max-width:963px;}.results #IE6
.FOW{width:expression(document.documentElement.clientWidth>987 ? "963px":"auto");}
#USS{margin:22px 0 66px
-8px;width:553px;position:relative;font-size:1.069em;z-index:1000;}#USS
.banner{margin:0 auto;background:#fff7c8;width:296px;padding:3px 1px 5px
9px;white-space:nowrap;}#USS .banner h3{margin-right:-3px;}#USS .banner a{margin:0
5px;}#IE #USS .banner h3{margin-right:3px;}#USpop{display:none;}#IE6 #USS .yes
.shdr,#IE6 #USS .no
.shdr{filter:progid:DXImageTransform.Microsoft.AlphaImageLoader(src='/assets/en/US/a
olcomtb4/0780h12/001/img/usshd_r.png',sizingMethod='scale');}#IE6 #USS .yes
.shdb,#IE6 #USS .no
.shdb{filter:progid:DXImageTransform.Microsoft.AlphaImageLoader(src='/assets/en/US/a
olcomtb4/0780h12/001/img/usshd_b.png',sizingMethod='scale');}#USpop
.close{background:transparent
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults.png) no-repeat -683px
0;width:15px;height:15px;}

.P{clear:both;text-align:center;white-space:nowrap;margin:62px 0 0
-8px;width:553px;font-size:1.07em;}#gn .P{max-width:553px;width:auto;}.P
span{font-weight:bold;padding:0 2px;}.P a{padding:0 2px;color:#0660a7;}.P a:link,.P
a:visited{color:#0660a7;}.gspPageNext{margin:0 0 0 6px;}.gspPagePrev{margin:0 6px 0
0;}.P span.nextRes,.P span.prevRes{text-decoration:underline;padding:0;}#IE6 #gn
.P{width:expression(document.documentElement.clientWidth>930 ? "553px":"auto");}

.TDO{padding-top:17px;vertical-align:top;width:220px;}.HEAD .TDO{height:65px;}.FO
.TDO{padding:0;height:135px;width:271px;}#IE .HEAD
.TDO{padding-top:19px;height:49px;text-align:right;}#IE6 .HEAD
.TDO{position:relative;}

.FOOT{padding:0 0 0 1px;}.FOOT
li{display:inline;color:#d6d6d6;font-size:.905em;}.FOOT a{color:#0660a7;}.FOOT
a:visited{color:#0660a7;}.FOOT .gray{padding:0 4px 0 0;}.FOOT .gray
span{color:#818181;}
.GLOG{float:right;margin:-1px 0 0;clear:both;}.GLOG .sprite{background:transparent
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) no-repeat 0
-577px;width:99px;height:19px;}#IE .GLOG{float:none;}#IE #HWA
.GLOG{position:relative;float:right;}
.CS{vertical-align:top;text-align:left;white-space:nowrap;z-index:1;font-size:1.32em
;padding:0 35px 0 0;}.results #IE .CS{margin-top:12px;}.results .CSB
.CSBhome{background:#5397DE
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0 0;}.results
.CSB .CSBbtn{background:#87BF36
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0 -21px;}

.MSL ul{clear:both;padding:6px 0;}.MSL ul li{clear:both;padding:6px
0;width:545px;}#gn .wh .MSL ul li{max-width:545px;width:auto;}.MSL
ul.site{clear:none;padding:8px 0 6px 22px;font-size:.815em;float:left;}.MSL
ul.site1{padding-left:40px;}.MSL ul.site li{padding:0;width:auto;}.MSL ul li
a{font-size:1.32em;text-decoration:underline;}.MSL ul li
a:visited{color:#551a8b;}.MSL ul li p{clear:both;font-size:1.07em;}.MSL ul li
p.durl{text-decoration:none;color:#008000;font-size:1.07em;font-style:normal;}.MSL
```

parts geek aol 8-5-09.htm

```
.indent{margin-left:40px;}.MSL a.linktxt{font-size:1em;color:#77c;}.MSL
span.mimetype{font-size:.833333em;color:#00C;padding:6px 0 0 0;margin:0 4px 0
0;}.MSL div.omittedText{font-size:1.333333em;font-style:italic;margin:0 0 20px
0;}#IE6 #gn .wh .MSL ul li{width:expression(document.documentElement.clientWidth>930
? "545px":"auto");}#IE6 #gn .wh .MSL ul.site li{width:auto;}#IE6 .w .MSL ul.site
li{width:auto;}

.SLL{background-color:#f4f9fc;clear:both;margin:0 0 -1px -8px;padding:0 0
1px;zoom:100%;}.SLL .abt{font-size:.99em;font-weight:normal;margin:0;}.SLL
.aboutsl{margin:3px;float:right;}.aboutsl{color:#6f6f6f;}.SLL
.aboutsl:hover{text-decoration:underline;}.SLL .aboutsl,.SLL ul a,.SLL ul
a:hover,.SLL .desc b{text-decoration:none;}.SLL ul a{outline:none;padding:6px 0 6px
8px;display:block;}.SLL ul li{width:100%;}.SLL
.title{font-size:1.32em;text-decoration:underline;}.SLL
.pdesc{font-size:1.07em;color:#000;}.SLL .pdurl{color:#008000;font-size:1.07em;}.SLL
.ptwoLineSL{color:#272727;}.SLL .twoLineSL .pdurl{padding:0 5px 0 0;}#IE .SLL ul
li{width:auto;}#g .wh .SLL{max-width:850px;}.n .SLL{background:none;padding:0 0 0
17px;margin:5px 0 0 59px;border-left:1px solid #e5e5e5;}.n .SLL
.abt{font-size:1.07em;padding:1px 0 3px;text-align:center;margin:0 0 0 -17px;}.n
.SLL .aboutsl{float:none;margin:0;}#IE .n .SLL{margin-top:9px;}#IE6 .n
.SLL{margin-top:12px;word-break:break-all;}#IE6 #g .wh
.SLL{width:expression(document.body.clientWidth>= 861? "850px":"auto");}
.PMB{float:left;width:252px;margin:14px 0 0
19px;}.promoModuleBottom{float:left;height:120px;background:white
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) repeat-x 0
-301px;width:242px;}.pmbbor1{background:white
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) no-repeat -218px
-421px;float:left;width:4px;height:121px;}.pmbbor2{background:white
url(/assets/en/US/aolcomtb4/0780h12/001/img/sresults_n.png) no-repeat 0
-421px;float:left;width:1px;height:121px;}#IE6 .PMB{margin-left:9px;}

.NH{padding-left:0;margin-top:10px;font-family:arial;}.NH
h3{font-weight:normal;font-size:1.65em;}.NH p{font-size:1.32em;}.NH ul{padding:6px
0;list-style:disc inside;margin:0 0 17px;}.NH ul li{font-size:1.07em;padding:6px
8px;}.NH ul li b{font-size:1.1555em;}.NNH{width:97.64454%;margin:8px 0 0
0;float:left;}#grid .w .NH{float:none;clear:left;}#IE6 #grid .w
.NH{width:100%;float:left;}
img{border:0;display:block;}form{margin:0;padding:0;margin:0;}body{m
argin-top:3px;padding:0;font-family:arial,verdana,sans-serif;font-size:76%;line-heig
ht:1.15;}ul{list-style-type:none;}p,ul,li{padding:0;margin:0;}a{color:#00c;}a:hover{
text-decoration:underline;}a:visited{color:#551a8b;}#g:after{content:".";display:blo
ck;height:0;clear:both;visibility:hidden;}.hac{display:inline;margin:0;font-size:1em
;font-weight:normal;}.offLeft{position:absolute;left:-1000em;}.deleted{position:abso
lute;left:-1000em;display:none;}.access{display:none;}.sprite{text-indent:-9999px;te
xt-align:left;display:block;overflow:hidden;}
</style><script type="text/javascript">
var ud=undefined;var
sl={pg:"1",req:"21ee735d34bde824",oreq:"",q:"parts+geek",prt:"20090805092010",cat:"w
eb",modules:new Array(),a:function(id,_2,_3,_4){this.modules[id]=new
Array();this.modules[id].m=_2;this.modules[id].s=_3;this.modules[id].d=_4;},l:functi
on(_5,_6,_7,_8,_9,_a,_b,_c,_d,_e,_f){return
this.t(null,_5,_6,_7,_8,_9,_a,_b,_c,_d,_e,_f);},t:function(_10,_11,mod,_13,_14,src,_
16,_17,_18,_19,_1a,_1b){var
ua=navigator.userAgent.toLowerCase();if(ua.indexOf("aol/7.0")>0&&ua.indexOf("macinto
sh")>0){return true;}
var url=_11;if("object"==typeof(_11)){url=_11.href;}
var d="evlog?";d+="s_cq="+(_17?_17:this.q);if(_18){d+="&s_cq2="+_18;}
d+="&s_req="+this.req;d+="&s_cp="+this.pg;if(_13&&_13>=0){d+="&s_cr="+_13;}
if(mod){var
_1f=this.modules[mod];if(_1f){d+="&s_cm="+_1f.m;d+="&src="+(src?src:_1f.s);d+="&s_cd
="+(_14?_14:_1f.d);}}
if(_16){d+="&s_pa="+_16;}
d+="&s_cu="+encodeParam(url);d+="&s_prt="+this.prt;if(_10!=null){if(this.oreq){d+="&
```

parts geek aol 8-5-09.htm

```
t.oreq="+this.oreq;}
var _20=rdfaMap[_10];if(_20!=null){d+="&t.category="+this.cat;var
_21=_10.indexOf(".");if(_21!=-1){var
_22=rdfaMap[_10.substr(0,_21)];d+="&t.prefix="+encodeParam(_22["t.title"]);}
for(key in _20){d+="&"+key+"="+encodeParam(_20[key]);}}}
if(_19){d+="&s_advS="+_19;}
if(_1a){d+="&s_advId="+_1a;}
if(_1b){d+="&s_advE="+_1b;}
d+="&r="+Math.random();this.sr(getReq(),d);return
true;},sr:function(req,url){if(!req){return false;}
try{var _25=null;if(url.length>1024){var
uri=url.split("?",2);req.open("POST",uri[0],false);_25=uri[1];}else{req.open("GET",u
rl,false);}
req.setRequestHeader("Content-Type","application/x-www-form-urlencoded");req.send(_2
5);}
catch(e){return false;}
return true;}};function getReq(){var req=false;if(window.XMLHttpRequest){req=new
XMLHttpRequest();if(req.overrideMimeType){req.overrideMimeType("text/xml");}}else{if
(window.ActiveXObject){try{req=new ActiveXObject("Msxml2.XMLHTTP");}
catch(e){try{req=new ActiveXObject("Microsoft.XMLHTTP");}
catch(e){}}}}
if(!req){return undefined;}
return req;};var rdfaMap=new Object();function getRdfaNode(_28,lvl){var _2a="t.";var
_2b=false;if(lvl>0){if(_28.getAttribute){if(_28.getAttribute("about")==null){var
_2c=_28.getAttribute("property");if(_2c!=null){_2b=true;var
con=_28.getAttribute("content");if(con!=null){rdfaObj[_2a+_2c.substr(2)]=con;}else{r
dfaObj[_2a+_2c.substr(2)]=_28.innerHTML;}}
var
rel=_28.getAttribute("rel");if(rel!=null){_2b=true;rdfaObj[_2a+rel.substr(2)]=_28.hr
ef;}}else{return true;}}
if(!_2b){var l=_28.childNodes;for(var
x=0;x<l.length;x++){if(l[x].nodeType==1){_2b=getRdfaNode(l[x],lvl-1);}
if(_2b){break;}}}}
return _2b;};function getRdfa(_31){var _32=_31.getElementsByTagName("li");var
_33=getEwAtt(_32,"about");for(var k=0;k<_33.length;k++){var
id=_33[k].getAttribute("about");rdfaObj=new Object();rdfaMap[id]=rdfaObj;var
_36=_33[k].childNodes;for(var
x=0;x<_36.length;x++){getRdfaNode(_36.item(x),3);}}};function getEwAtt(_38,_39){var
_3a=new Array();if(_38==null||_39==null||_39==""){return;}else{var
_3b=_38.length;var _3c=new
RegExp("^r[0-9]+");for(i=0;j=0;i<_3b;i++){att=_38[i].getAttribute(_39);if((att!=null
||att!="")&&_3c.test(att)){_3a[j]=_38[i];j++;}}}
return _3a;};function encodeParam(_3d){if(encodeURIComponent){return
encodeURIComponent(_3d);}
return escape(_3d);};

function setTZCkie(nm,_2){var _3=new Date();var
_4=_3.getTimezoneOffset()*60000*-1;if(nm&&_4){document.cookie=nm+"="+_4+";
path=/";}};setTZCkie("rs_timezone",null);
</script><!--cfg=1:2008/11/19:en_US_aolcomtb4:1:0:0:0:--
></head> <body lang="en" class="results">
<!--[if lt IE 8]><div id="IE"><![endif]-->
<!--[if IE 8]><div id="IE8"><![endif]-->
<!--[if IE 7]><div id="IE7"><![endif]-->
<!--[if IE 6]><div id="IE6"><![endif]-->
<h1 class="offLeft">AOL Search</h1>
<a class="access" href="#maincontent">Skip over navigation</a>
<iframe id="aclogger" name="aclogger" style="display:none"></iframe> <!--
recipe:webMin,FA:noClassification.No task
defined--><!--sresults--><!--eresults--><!--sweb_results--><!--eweb_results--><!--sj
sModule--><script type="text/javascript">var locdomain="search.aol.com"</script>

<!--ejsModule--><!--shead_open--><div class="HEAD"><div class="HEADW">
```

Page 4

parts geek aol 8-5-09.htm

```
<!--ehead_open--><!--sHL--><div class="HL"> <script>
s1.a(5,'headerlinks.M.xml','PTL','HL');</script>
<ul content="hat_links"> <li><a target="_blank"
href="http://pr.atwola.com/promoclk/100022531x1077367699x1074280481/aol?redir=http:%
2F%2Fwww.aol.com" onclick="return s1.l(this,5,1,'AOL')">AOL</a></li> <li>| <a
target="_blank"
href="http://pr.atwola.com/promoclk/100022531x1077408576x1074299185/aol?redir=http:%
2F%2Fwebmail.aol.com&_AOLLOCAL=mail" onclick="return
s1.l(this,5,2,'hlMail')">Mail</a></li> <li>| <a href="settings" onclick="return
s1.l(this,5,3,'hlSetLoc')">Location:</a><span id="locn">Unknown</span></li> <li>| <a
href="advanced?q=parts+geek" onclick="return s1.l(this,5,4,'hlAdv')">Advanced
Search</a></li> <li>| <a href="settings" onclick="return
s1.l(this,5,5,'hlSet')">Settings</a></li> <li>|| <b><a
href="http://my.screenname.aol.com/_cqr/login/login.psp?sitedomain=aolsearcht4.searc
h.aol.com&amp;authLev=1&amp;seamless=y&amp;lang=en&amp;locale=us&amp;siteState=OrigU
rl%3Dhttp%253A%252F%252Faolsearcht4.search.aol.com%252Faol%252Fsearch%253Fs_it%253Dc
omsearch40%2526query%253Dparts%252Bgeek%2526do%253DSearch&amp;loginId=" title="Sign
in ">Sign In</a></b></li></ul>

</div> <!--eHL--><!--sTABO--><table cellspacing="0" cellpadding="0" border="0"
width="100%">
<tbody>
<tr>

<!--eTABO--><!--sCS--><td class="CS"><style type="text/css">.CSB a:link,.CSB
a:visited,.CSB a:active{text-decoration:none;color:#0660a7;padding:0 8px
0;outline:none;display:inline-block;}#CSB
span{display:block;float:left;line-height:2;}#CSB
span.CSBhome{line-height:normal;}.csbweb{display:block;float:left;padding:0 1px 0
2px;line-height:2;}#CSBmore
a:hover{background-color:#0860A8;color:#fff;text-decoration:none;}#csbjws{height:1px
;width:1px;position:absolute;overflow:hidden;top:-9999px;}#CSB{margin:0;padding:0 0
.2em
0;color:#d6d6d6;font-size:.75em;font-weight:bold;font-family:arial,verdana,sans-seri
f;float:left;margin-bottom:-5px;position:relative;}.CSBhome{font-weight:bold;color:w
hite;padding:3px 8px
2px;display:block;}#CSBmore{display:none;position:absolute;left:397px;top:21px;borde
r:1px solid;font-size:.923em;background-color:#fff;width:8.5em;z-index:3;}.landing
#IE #CSBmore{top:24px;}.results #IE #CSBmore{top:24px;}* html #CSBmore
a{width:100%;}#CSBmore a{padding:.2em .4em .2em
.5em;text-decoration:none;display:block;color:#0660a7;}.CSBtab{border:1px solid
#e6e6e6;border-bottom:0;padding:1px 1px 0;display:inline;float:left;height:21px;}#IE
.CSBtab{padding-top:1px;}* html #CSB
span.CSBhome{padding-top:4px;padding-bottom:.37em;line-height:1.2;}*:first-child+htm
l .CSBhome{padding-bottom:.37em;}.CSBform{height:24px;padding:1px 1px 2px
1px;margin:2px 0 0;clear:both;border:1px px solid
#e6e6e6;}.CSBform{max-width:692px;}* html .CSBform{padding-bottom:1px;}*html
.results
.CSBform{width:expression(document.documentElement.clientWidth>975?"692px":"100%");}
.CSB .CSBbtn{width:100%;height:25px;border:0 solid
white;color:#fff;font-family:arial;font-size:14px;font-weight:bold;padding-bottom:3p
x;cursor:pointer;}#IE .CSB .CSBbtn{padding-bottom:0;}.csbholder{border:1px solid
#80b332;border-width:1px 0 1px 1px;background:white;padding:2px 7px 0;}.csbholder
label{position:absolute;left:-1000em;}.csbholder .csbwidth{width:100%;}.CSB
#csbquery1{font-size:13px;font-weight:bold;color:#000;margin:0;width:100%;float:left
;}.CSB #csbquery1:focus{outline:none;}</style><div id="CSB"><div class="CSBtab"><span id="csbsr"
class="CSBhome"><b>Web</b></span></div><span><a id="csbir" onclick="return
csb.g(this, 'image?q={q}', 'srv.images', 2);" target=""
href="imagehome">Images</a></span><span>        |<a id="csbvideo" onclick="return
csb.g(this,'http://video.aol.com/video-search/query/{q}/familyFilter/1',
'srv.video', 3);" href="http://video.aol.com">Video</a></span><span>        |<a
```

parts geek aol 8-5-09.htm

```
id="maps" onclick="return
csb.g(this,'http://www.mapquest.com?ncid=txtlnkmqmq00000001', 'srv.maps', 4);"
href="http://www.mapquest.com?ncid=txtlnkmqmq00000001">MapQuest</a></span><span
     |<a id="yellowpages" onclick="return csb.g(this,'http://yellowpages.aol.com',
'srv.yellowpages', 5);" href="http://yellowpages.aol.com">Yellow
Pages</a></span><span           |<a id="shopping" onclick="return csb.g(this,
'http://shopping.aol.com/instore/search?op=search&amp;k={q}', 'srv.shopping', 6);"
target=""
href="http://shopping.aol.com?ncid=AOLCOMMShopSRCHelnk0006&refCode=aolpartner_aolsea
rchtab">Shopping</a></span><span      |<a title="Show more AOL site links"
onclick="csbm.tm(event); return false;" href="#"
id="morecsb"><b>more &raquo;</b><span id="csbjws"> has attached
menu</span></a></span><div id="CSBmore"><a onclick="return
csb.g(this,'http://www.careerbuilder.com/jobs/keyword/{q}', 'srv.jobs', 8);"
href="http://jobs.aol.com">Jobs</a><a onclick="return
csb.g(this,'http://local.aol.com', 'srv.local', 9);"
href="http://local.aol.com">Local</a><a onclick="return
csb.g(this,'http://movies.aol.com/search/{q}', 'srv.movies', 10);"
href="http://movies.aol.com">Movies</a><a onclick="return
csb.g(this,'http://search.music.aol.com/search/{q}', 'srv.music', 11);"
href="http://music.aol.com">Music</a><a onclick="return csb.g(this,'news?q={q}',
'srv.news', 12);" href="newshome">News</a><a onclick="return
csb.g(this,'http://personals.aol.com?', 'srv.personals', 13);"
href="http://personals.aol.com">Personals</a><a onclick="return
csb.g(this,'http://travel.aol.com/travel-guide/search-indirect?query={q}',
'srv.travel', 14);" href="http://travel.aol.com">Travel</div></div><form
name="CSBsearchForm1" target="" action="search" class="CSBform " id="csbform"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td
class="csbholder"><div class="csbwidth"><label for="csbquery1">Search</label><input
name="s_it" value="topsearchbox.search" type="hidden"><input style="border: 0"
class="csbfrm search" name="q" autocomplete="on" value="parts geek" type="text"
id="csbquery1"></div></td><td width="91"><input id="csbbtn1" type="submit"
value="Search" class="CSBbtn"
onclick=""></td></tr></tbody></table></div></form></script type="text/javascript">
  csbver="v24r02"; var sp=true;         var
csb={ep:function(_1){if(encodeURIComponent)return encodeURIComponent(_1);}return
escape(_1);}};csb.g=function(_1,_2,_3,_4){var
q=document["CSBsearchForm1"]["q"].value;var
eq=this.ep(q.replace(/\^\s+|\s+$/,""));var
_7;if(q==""){_7=_1.href;}else{_7=_2.replace(/{q}/,eq);}_1.href=_7;if(typeof
sl!="undefined"){sl.a(100,"csb.M.xml","csb",_3);sl.l(_1,100,_4,_3,ud,ud,eq);}return
true;};function
setactinv(f,_2,_3){f.action=_2;if(sp){f.s_it.value=_3;}else{f.invocationType.value=_
3;}f.submit();return false;};var csbm={tm:function(e){if(!e){var
e=window.event;}if(e){this.et(e);}var
o=document.getElementById("CSBmore");if(p=document.getElementById("csbfr")){op=p.sty
le.display;if(op=="none"||op==""){op="block";}else{op="none";}p.style.display=op;}os
=o.style.display;if(os=="none"||os==""){os="block";}else{os="none";}o.style.display=
os;},et:function(e){if(!e){var
e=window.event;}if(e){e.cancelBubble=true;if(e.stopPropagation){e.stopPropagation();
}}};var clk=document.onclick;document.onclick=function(e){var
o=document.getElementById("CSBmore");o.style.display="none";if(r=document.getElement
ById("csbfr")){r.style.display="none";}if(clk!=null){clk(e);}};</script></td>
<!--eCS--><!--STDO--><td class="TDO">

<!--eTDO--><!--sLOGO--><div class="LOGO"> <a href="webhome" onclick="return
sl.l(this,9,1,'home')"  class="sLogo sprite" id="logoTop">AOL Search</a>

</div> <!--eLOGO--><!--sGLOG--><div class="GLOG"> <div class="sprite">enhanced by
Google</div>

</div> <!--eGLOG--><!--sTABC--></td>
</tr>
```

parts geek aol 8-5-09.htm

```
</tbody>
</table>

<!--eTABC--><!--SUWH--><div class="BB">

<!--eUWH--><!--SHDRBAR--><h2 class="hac"><b>Web Results </b></h2>

<!--eHDRBAR--><!--SMSR--><b><span id="lowerLimit">1</span></b> - <b><span
id="upperLimit">10</span></b> of about <b>5,150,000</b><!--eMSR--><!-
-SUWF--></div>

<!--eUWF--><!--shead_close--></div></div>

<!--ehead_close--><!--sTRAC--><div class="TRAC"> <script type="text/javascript">var
sh_optedIn = true
var tc_off = false
var tc_Saf=(navigator.userAgent.toLowerCase().indexOf('safari')!=-1)
var tc_Tac = 1
var timeNow = 1249478410095
var randomTag = -773433130</script>

</div> <!--eTRAC--><div id="g"><div class="w"><div class="wh"><a name="maincontent"
id="maincontent"></a><!--sRLS--><div class="RLS"> <script>
sl.a(18,'relsearch-atmcs.M.xml','atomics_relsearch','relSrch');</script>
Also Try - <ul  content="RLS"><li about="r2"><a
href="search?s_it=relsearch-atmcs&q=geek+auto+parts" onclick="return
sl.l(this,18,1,ud,ud,ud,ud,'geek+auto+parts')"><b>geek</b> auto
<b>parts</b></a></li></ul></div> <!--eRLS--><!--sSLMP--><div class="SLL"> <script>
sl.a(19,'dmn_promo.M.xml','dmn_promo','googleSLR');</script>
<h3 class="abt"><a  class="aboutsl" href="about#sl" onclick="return
sl.l(this,19,-1,'abSL','PTL')">Sponsored Links</a></h3>

<ul  content="SLMP"><li about="r6"><div class="sllLink " ><a onmouseover="return
true;" property="f:url" id='redirLink0' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=0&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3D1%26ai%3DCulzTCYd5SsWgPJ668gS3wIT
bBpbglXys_d-gCYb_sssnCAAQASDqI4ICULamOvOBYMkGoAHe-e3-A8gBAaoEFk_QBZytlofRhuDM5W6vH-R
EShKq8_k%26sig%3DAGiWqtyPnkd7jBtUE2KZ1afbm_tgqoRriQ%26q%3Dhttp%3A%2F%2Fwww.dpbolvw.n
et%2Fclick-1552053-10591272%253Fsid%253D18026995-2386224822-search%2526url%253Dhttp%
25253A%25252F%25252Fadfarm.mediaplex.com%25252Fad%25252Fck%25252F11138-66218-2056-0%
25253Fmpl%25253D18026995%253Csecrid%253D2386224822%252526senetid%25253Dsearch%25
2526mpre%25253Dhttp%2525253A%2525252F%2525252Fwww.partsgeek.com&cs=YPucQNKNVBafVIoLO
dpw4MSzrZM%3D" onclick="return sl.l(this,19,1,ud,ud,'AFS:aol-com:-:1:0')"><span
class="title"><h3 class="hac"><b>Parts Geek</b></h3></span><br/><span
class="desc"><span class="pdesc" property="f:desc"><b>Parts Geek</b> Guarantees the
Lowest Prices on All Auto <b>Parts</b>. Buy Now!</span><br/></span><span
class="durl"><span class="pdurl "
property="f:durl">www.PartsGeek.com</span></span></a></div>

</li><li about="r7"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id='redirLink0' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=1&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3D1%26ai%3DCwPcxCYd5SsWgPJ668gS3wIT
bBvD1vXv4upuQBOC5xuwKEAEg6peCAigEUOH-34j_____wFgyQagAa6j8v4DyAEBqgQcT9BFibyWhNGG4Mz
1Z6794gfuodgPFu_filoO3A%26num%3D2%26sig%3DAGiWqtyN5UEnrebU8lBXggZokmmhPcsEAQ%26q%3Dh
ttp%3A%2F%2Fwww.accessorygeeks.com%253Fovchn%253DGGL%252Fovcpn%253DAccessory%252BGee
ks%2526ovcrn%253Dsr2ag1go7sb3658pi1ai1%252Baccessories%252Bgeek%2526ovtac%253DPPC%25
26SR%253Dsr2ag1go7sb3658pi1ai1&cs=ULkxoFfroGnkRBhRc4QhzETQeMQ%3D" onclick="return
sl.l(this,19,2,ud,ud,'AFS:aol-com:-:0:0')"><span class="title"><h3
class="hac">Accessories <b>Geek</b></h3></span><br/><span class="desc"><span
class="pdesc" property="f:desc">Buy Quality Phone Accessories Now Up To 80% Off With
Free Shipping</span><br/></span><span class="durl"><span class="pdurl "
property="f:durl">www.AccessoryGeeks.com</span></span></a></div>
```

parts geek aol 8-5-09.htm

```
</li><li about="r8"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id="redirLink0" target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=2&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3D1%26ai%3DCjgwoCYd5SsWgPJ668gS3wIT
bBtGJoybx0cLXDpSCtekFEAIg6peCAigEUNLry-D-_____wFgyQagAcebif8DyAEBqgQfT9BFxaiwhdGG4Mz
1f64XwYcHrppJo96H1vPKoJv9VA%26num%3D3%26gg1adgrp%3D1204412292 69574 29888%26gg1creat%3
D1692570090611599447 6%26sig%3DAGiWqtwZEu4EjSS9tLDUXko4zBd9q6dxmg%26q%3Dhttp%3A%2F%2F
pixel1360.everesttech.net%2F1360%2Frq%2F3%2Fs_37eebbc1bc8401248261f7f21ced466b_38988
57305%2Furl%253Dhttp%25253A%2F%2Fwww.autopartswarehouse.com%2Fpartsearch%2Fauto_part
s_wherehouse.html%25253Fapwcid%25253DX1093010841w41260599c6350%252526apwkwdparts%252
52Bgeek&cs=kxosS5LBnxS0ls4YiMu9%2BoPOCSY%3D" onclick="return
sl.l(this,19,3,ud,ud,'AFS:aol-com:-:0:0')"><span class="title"><h3
class="hac"><b>Parts Geek</b> -Free Shipping</h3></span><br/><span
class="desc"><span class="pdesc" property="f:desc">Low Price Guarantee on <b>Parts
Geek</b> Plus Get Free Shipping Today!</span><br/></span><span class="durl"><span
class="pdurl" property="f:durl">www.autopartswarehouse.com</span></span></a></div>

</li></ul></div> <!--eSLMP--><!--sWOL--><script>
sl.a(20,'weboffers_right.M.xml','PTL','moreWO');</script> <div class="WOL"> <table
border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody>
<tr>
<td class="tdl">
<h3>More Offers:</h3>
</td>
<td class="tdr"> <a href="weboffers?s_it=wo_more&q=parts+geek" onclick="return
sl.l(this,20,-1,ud,ud,ud,ud,'parts+geek')" class="woq">parts geek</a>, <a
href="weboffers?s_it=wo_entrieva&q=lifestyle+solutions" onclick="return
sl.l(this,20,1,'moreSL','wo_entrieva',ud,ud,'lifestyle+solutions')">lifestyle
solutions</a>, <a href="weboffers?s_it=wo_entrieva&q=lifestyle+management"
onclick="return
sl.l(this,20,2,'moreSL','wo_entrieva',ud,ud,'lifestyle+management')">lifestyle
management</a>, <a href="weboffers?s_it=wo_entrieva&q=life+skills+coach"
onclick="return
sl.l(this,20,3,'moreSL','wo_entrieva',ud,ud,'life+skills+coach')">life skills
coach</a></td>
</tr>
</tbody>
</table> </div>

<!--eWOL--><!--sMSL--><div class="MSL"> <h3 class="offLeft">Web Results</h3>
<script>
sl.a(21,'matchingsites.M.xml','websearch','web');</script>

<ul  content="MSL"><li about="r12"><h3 class="hac"><a rel="f:url" class="find"
target='_blank' href="http://www.partsgeek.com/" property="f:title" onclick="return
sl.t('r12',this,21,1)">Discount Auto <b>Parts</b> Online - Mercedes <b>Parts</b>,
BMW <b>Parts</b>, Volvo ...</a></h3>
<p property="f:desc">Discount auto <b>parts</b> and performance accessories online
catalog for all domestic  and import cars and trucks. Super Low prices on new auto
body <b>parts</b> and <b>...</b></p>
<p class="durl find"><span property="f:durl">www.partsgeek.com/</span>
- 55k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.partsgeek.com%2F&s_cpd=si
milarPages" onclick="return sl.l(this,21,1,'simPg','PTL')" class="linktxt">Similar
pages</a> </p> <ul class="site site1"><li about="r12.1"><a property="f:title"
rel="f:url" href="http://www.partsgeek.com/makes/bmw.html" onclick="return
sl.t('r12.1',this,21,1,'WebL')" target='_blank'>BMW</a></li> <li about="r12.2"><a
property="f:title" rel="f:url" href="http://www.partsgeek.com/makes/volvo.html"
onclick="return sl.t('r12.2',this,21,2,'WebL')" target='_blank'>Volvo</a></li> <li
about="r12.3"><a property="f:title" rel="f:url"
```

parts geek aol 8-5-09.htm
href="http://www.partsgeek.com/makes/audi.html" onclick="return
sl.t('r12.3',this,21,3,'WebL')" target='_blank'>Audi</a></li> <li about="r12.4"><a
property="f:title" rel="f:url" href="http://www.partsgeek.com/makes/chevrolet.html"
onclick="return sl.t('r12.4',this,21,4,'WebL')" target='_blank'>Chevrolet</a></li>
</ul><ul class="site"><li about="r12.5"><a property="f:title" rel="f:url"
href="http://www.partsgeek.com/aboutus.html" onclick="return
sl.t('r12.5',this,21,5,'WebL')" target='_blank'>About Us</a></li> <li
about="r12.6"><a property="f:title" rel="f:url"
href="http://www.partsgeek.com/makes/acura.html" onclick="return
sl.t('r12.6',this,21,6,'WebL')" target='_blank'>Acura</a></li> <li about="r12.7"><a
property="f:title" rel="f:url" href="http://www.partsgeek.com/makes/alfa_romeo.html"
onclick="return sl.t('r12.7',this,21,7,'WebL')" target='_blank'>Alfa Romeo
Parts</a></li> <li about="r12.8"><a property="f:title" rel="f:url"
href="http://www.partsgeek.com/parts/blower_motor.html" onclick="return
sl.t('r12.8',this,21,8,'WebL')" target='_blank'>Blower Motor</a></li> </ul><p
class="indent">[ <a class="linktxt"
href="/aol/search?s_it=moreResultsFrom.search&q=+site%3Awww.partsgeek.com+parts+geek
&s_cpd=moreResults" onclick="return sl.l(this,21,1,'moreSR','PTL')">More results
from www.partsgeek.com</a> ]</p> </li><li about="r13"><h3 class="hac"><a rel="f:url"
class="find" target='_blank' href="http://www.partsgeek.com/makes/bmw.html"
property="f:title" onclick="return sl.t('r13',this,21,2)">BMW <b>Parts</b> - BMW
Auto <b>Parts</b> - PartsGeek.com - New OEM &amp; ...</a></h3>
<p property="f:desc">Apr 28, 2009 ... Known throughout the world for superior
quality and function, OEM BMW <b>parts</b> are    simply the smartest choice for a
BMW. We stock <b>parts</b> for the <b>...</b></p>
<p class="durl find"><span property="f:durl">www.partsgeek.com/makes/bmw.html</span>

- 43k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.partsgeek.com%2Fmakes%2Fb
mw.html&s_cpd=similarPages" onclick="return sl.l(this,21,2,'simPg','PTL')"
class="linktxt">Similar pages</a> </p> </li><li about="r14"><h3 class="hac"><a
rel="f:url" class="find" target='_blank'
href="http://www.ripoffreport.com/reports/0/308/RipOff0308275.htm"
property="f:title" onclick="return sl.t('r14',this,21,3)">Rip-off Report: <b>Parts
Geek</b> ,But They Have Over A Dozen ...</a></h3>
<p property="f:desc"><b>Parts Geek</b> ,But They Have Over A Dozen Different Names
As Well, There Free    Shipping is a Lie. Email threats From Them Followed Manasquan
New Jersey.</p>
<p class="durl find"><span
property="f:durl">www.ripoffreport.com/reports/0/308/RipOff0308275...</span>
- 51k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.ripoffreport.com%2Freport
s%2F0%2F308%2FRipOff0308275.htm&s_cpd=similarPages" onclick="return
sl.l(this,21,3,'simPg','PTL')" class="linktxt">Similar pages</a> </p> </li><li
about="r15"><h3 class="hac"><a rel="f:url" class="find" target='_blank'
href="http://www.geeks.com/" property="f:title" onclick="return
sl.t('r15',this,21,4)"><b>Geeks</b>.com - Computer <b>parts</b>, Laptop computers,
Desktop ...</a></h3>
<p property="f:desc">Your Source for the Best Deals on Computer <b>Parts</b>,
Computer Hardware, Laptop    Computers, Desktop Computers and Computer Tips with Fast
&amp; Easy Shipping <b>...</b></p>
<p class="durl find"><span property="f:durl">www.geeks.com/</span>
- 55k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.geeks.com%2F&s_cpd=simila
rPages" onclick="return sl.l(this,21,4,'simPg','PTL')" class="linktxt">Similar
pages</a> </p> </li><li about="r16"><h3 class="hac"><a rel="f:url" class="find"
target='_blank' href="http://www.mycoupons.com/coupons/partsgeek.com"
property="f:title" onclick="return sl.t('r16',this,21,5)"><b>Parts Geek</b> Coupons
and <b>Parts Geek</b> Coupon Codes</a></h3>
<p property="f:desc">Find all <b>Parts Geek</b> Coupons, <b>Parts Geek</b> Coupon

```
                         parts geek aol 8-5-09.htm
Codes, and <b>Parts Geek</b> Discounts.    Share your <b>Parts Geek</b> Coupons.</p>
<p class="durl find"><span
property="f:durl">www.mycoupons.com/coupons/partsgeek.com</span>
- 49k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.mycoupons.com%2Fcoupons%2
Fpartsgeek.com&s_cpd=similarPages" onclick="return sl.l(this,21,5,'simPg','PTL')"
class="linktxt">Similar pages</a> </p> </li><li about="r17"><h3 class="hac"><a
rel="f:url" class="find" target='_blank' href="http://jennymclane.xanga.com/"
property="f:title" onclick="return sl.t('r17',this,21,6)">jennymclane&#39;s Xanga
Site</a></h3>
<p property="f:desc">The Auto <b>Parts Geek</b>, Your everyday guide to longer,
better, and healthier car   ownership. When you need no-fuss answers to your car
concerns, <b>...</b></p>
<p class="durl find"><span property="f:durl">jennymclane.xanga.com/</span>
- 51k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Ajennymclane.xanga.com%2F&s_cp
d=similarPages" onclick="return sl.l(this,21,6,'simPg','PTL')"
class="linktxt">Similar pages</a> </p> </li><li about="r18"><h3 class="hac"><a
rel="f:url" class="find" target='_blank'
href="http://discounts.shopathome.com/Coupons-Parts_Geek.discounts/17866/"
property="f:title" onclick="return sl.t('r18',this,21,7)"><b>parts geek</b> Coupons
- All coupons, discounts, and codes from <b>...</b></a></h3>
<p property="f:desc"><b>parts geek</b> Coupons, cash back, discounts and coupon
codes. ShopAtHome has tens   of thousands of coupons from thousands of other
merchants.</p>
<p class="durl find"><span
property="f:durl">discounts.shopathome.com/Coupons-Parts_Geek.disc...</span>
- 81k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Adiscounts.shopathome.com%2FCo
upons-Parts_Geek.discounts%2F17866%2F&s_cpd=similarPages" onclick="return
sl.l(this,21,7,'simPg','PTL')" class="linktxt">Similar pages</a> </p> </li><li
about="r19"><h3 class="hac"><a rel="f:url" class="find" target='_blank'
href="http://www.bestonlinecoupons.com/coupons/parts-geek.asp" property="f:title"
onclick="return sl.t('r19',this,21,8)">» <b>Parts Geek</b> Coupons &amp; <b>Parts
Geek</b> Coupon Codes «</a></h3>
<p property="f:desc"><b>Parts Geek</b> coupons and <b>Parts Geek</b> coupon codes
can help you save a lot. For   superb <b>parts geek</b> coupons, promo codes,
discounts, promotion code deals, <b>...</b></p>
<p class="durl find"><span
property="f:durl">www.bestonlinecoupons.com/coupons/parts-geek.asp</span>
- 13k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.bestonlinecoupons.com%2Fc
oupons%2Fparts-geek.asp&s_cpd=similarPages" onclick="return
sl.l(this,21,8,'simPg','PTL')" class="linktxt">Similar pages</a> </p> </li><li
about="r20"><h3 class="hac"><a rel="f:url" class="find" target='_blank'
href="http://www.retailmenot.com/view/partsgeek.com" property="f:title"
onclick="return sl.t('r20',this,21,9)"><b>Parts Geek</b> Coupon Codes - all coupons,
discounts and promo ...</a></h3>
<p property="f:desc">Find and share <b>Parts Geek</b> coupon codes and promo codes
for great discounts. Get   the best partsgeek.com coupon at RetailMeNot.com.</p>
<p class="durl find"><span
property="f:durl">www.retailmenot.com/view/partsgeek.com</span>
- 20k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.retailmenot.com%2Fview%2F
partsgeek.com&s_cpd=similarPages" onclick="return sl.l(this,21,9,'simPg','PTL')"
class="linktxt">Similar pages</a> </p> </li><li about="r21"><h3 class="hac"><a
rel="f:url" class="find" target='_blank'
href="http://www.cashbaq.com/Parts-Geek-coupons-2498.html" property="f:title"
                                 Page 10
```

```
                        parts geek aol 8-5-09.htm
onclick="return sl.t('r21',this,21,10)"><b>Parts Geek</b> Coupons, 8% Cash Back,
Promotional Codes and Reviews</a></h3>
<p property="f:desc">Free <b>Parts Geek</b> coupons plus get 8% cash back on all of
your <b>Parts Geek</b> orders.  Save with <b>Parts Geek</b> coupons, promotional
codes. Read <b>Parts Geek</b> reviews to <b>...</b></p>
<p class="durl find"><span
property="f:durl">www.cashbaq.com/Parts-Geek-coupons-2498.html</span>
- 42k
- <a
href="/aol/search?s_it=similarPages.search&q=related%3Awww.cashbaq.com%2FParts-Geek-
coupons-2498.html&s_cpd=similarPages" onclick="return
sl.l(this,21,10,'simPg','PTL')" class="linktxt">Similar pages</a> </p>
</li></ul></div> <!--eMSL--><!--sSLMS--><div class="SLL"> <script>
sl.a(22,'dmn_right.M.xml','dmn_promo','googleSLR') </script>
<h3 class="abt"><a  class="aboutsl" href="about#sl" onclick="return
sl.l(this,22,-1,'abSL','PTL')">Sponsored Links</a></h3>

<ul  content="SLMS"><li about="r22"><div class="sllLink " ><a onmouseover="return
true;" property="f:url" id='redirLink0' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=0&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3Dl%26ai%3DCulzTCYd5SsWgPJ668gS3wIT
bBpbglXys_d-gCYb_sssnCAAQASDql4ICULam0v0BYMkGoAHe-e3-A8gBAaoEFk_QBZytlofRhuDM5W6vH-R
EShKq8_k%26sig%3DAGiWqtyPnkd7jBtUE2KZ1afbm_tgqoRriQ%26q%3Dhttp%3A%2F%2Fwww.dpbolvw.n
et%2Fclick-1552053-10591272%253Fsid%253D18026995-2386224822-search%2526url%253Dhttp%
25253A%25252F%25252Fadfarm.mediaplex.com%25252Fad%25252Fck%25252F11138-66218-2056-0%
25253Fmpl%25253D18026995%25252Fmode%25253D2386224822%25252Fenetid%25253Dsearch%25
2526mpre%25253Dhttp%25252253A%252F%252Fwww.partsgeek.com&cs=YPuCQNKNVBafVIoLO
dpw4MSzrZM%3D" onclick="return sl.l(this,22,1,ud,ud,'AFS:aol-com:-:1:0')"><span
class="title"><h3 class="hac"><b>Parts Geek</b></h3></span><br/><span
class="desc"><span class="pdesc" property="f:desc"><b>Parts Geek</b> Guarantees the
Lowest Prices on All Auto <b>Parts</b>. Buy Now!</span><br/></span><span
class="durl"><span class="pdurl "
property="f:durl">www.PartsGeek.com</span></span></a></div>

</li><li about="r23"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id='redirLink0' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=1&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3Dl%26ai%3DCwPcxCYd5SsWgPJ668gS3wIT
bBvD1vXv4upuQBOC5xuwKEAEg6peCAigEUOH-34j_____wFgyQagAa6j8v4DyAEBqgQcT9BFibywhNGG4Mz
1Z6794gfuodgPFu_fil0O3A%26num%3D2%26sig%3DAGiWqtyN5UEnrebU8lBXggZokmmhPcsEAQ%26q%3Dh
ttp%3A%2F%2Fwww.accessorygeeks.com%253Fovchn%253DGGL%2526ovcpn%253DAccessory%252BGee
ks%2526ovcrn%253Dsr2ag1go7sb3658pi1ai1%252Baccessories%252Bgeek%2526ovtac%253DPPC%25
26SR%253Dsr2ag1go7sb3658pi1ai1&cs=ULkxoFfroGnkRBhRc4QhzETQeMQ%3D" onclick="return
sl.l(this,22,2,ud,ud,'AFS:aol-com:-:0:0')"><span class="title"><h3
class="hac">Accessories <b>Geek</b></h3></span><br/><span class="desc"><span
class="pdesc" property="f:desc">Buy Quality Phone Accessories Now Up To 80% Off With
Free Shipping</span><br/></span><span class="durl"><span class="pdurl "
property="f:durl">www.AccessoryGeeks.com</span></span></a></div>

</li><li about="r24"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id='redirLink0' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTVGLR9HE1i5mPQ&ai=2&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3Dl%26ai%3DCjgwoCYd5SsWgPJ668gS3wIT
bBtGJoybx0cLxDpSCtekFEAIg6peCAigEUNLry-D-_____wFgyQagAcebif8DyAEBqgQfT9BFxaiwhdGG4Mz
1f64XwYcHrppJo96H1vPKoJv9VA%26num%3D3%26ggladgrp%3D120441229269574298888%26gglcreat%3
D16925700906115994476%26sig%3DAGiWqtwzEu4jEsS9tLDUXko4z8d9q6dxmg%26q%3Dhttp%3A%2F%2F
pixel1360.everesttech.net%2F1360%2Frq%2F3%2Fs_37eebbc1bc8401248261f7f21ced466b_38988
57305%2Furl%253Dhttp%25253A%2F%2Fwww.autopartswarehouse.com%2Fpartsearch%2Fauto_part
s_wherehouse.html%25253Fapwcid%25253DX1093010841W41260599c6350%252526apwkwdparts%252
52Bgeek&cs=kxossS5LBnxSOls4YiMu9%2BoPOCSY%3D" onclick="return
sl.l(this,22,3,ud,ud,'AFS:aol-com:-:0:0')"><span class="title"><h3
class="hac"><b>Parts Geek</b> -Free Shipping</h3></span><br/><span
class="desc"><span class="pdesc" property="f:desc">Low Price Guarantee on <b>Parts
```

parts geek aol 8-5-09.htm

```
Geek</b> Plus Get Free Shipping Today!</span><br/></span><span class="durl"><span
class="pdurl " property="f:durl">www.autopartswarehouse.com</span></span></a></div>

</li><li about="r25"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id='redirLinkO' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTvGLR9HE1i5mPQ&ai=3&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3DL%26ai%3DCIPmUCYd5SsWgPJ668gS3wIT
bBsHegHqDpobKDL26sEQQAyDq14ICKARQwaKx6_v_____AWDJBsgBAaoEHE_QBcCyloLRhqjMdwdf_uIH7qH
YDXbv34pTjtw%26num%3D4%26gGladgrp%3D106747615142366353I4%26gGlcreat%3D1069987381549O
104278%26sig%3DAGiWqtwkYpvTQQF5chSMKOpb_StprFYZXA%26q%3Dhttp%3A%2F%2Fwww.amazon.com%
2Fs%2F%253Fie%253DUTF8%2526keywords%253Dgreek%253Baccessories%2526tag%253Dgooghydr-2
0%2526index%253Dapparel%2526hvadid%253D3287010371%2526ref%253Dpd_sl_14iqocnpsz_b&cs=
0YMQOIr3jQDLqxqck%2FygQzTAZvI%3D" onclick="return
sl.l(this,22,4,ud,ud,'AFS:aol-com-:-:0:0')"><span class="title"><h3 class="hac">Greek
Accessories</h3></span><br/><span class="desc"><span class="pdesc"
property="f:desc">Save on greek accessories! Qualified orders over $25 ship
free</span><br/></span><span class="durl"><span class="pdurl "
property="f:durl">Amazon.com</span></span></a></div>

</li><li about="r26"><div class="sllLink " ><a onmouseover="return true;"
property="f:url" id='redirLinkO' target='_blank'
href="http://switcher.dmn.aol.com/sw/r?ri=330z3A52u%2BTvGLR9HE1i5mPQ&ai=4&dt=1249478
409971&u=http%3A%2F%2Fwww.google.com%2Faclk%3Fsa%3Dl%26ai%3DCamkrCYd5SsWgPJ668gS3wIT
bBuKo0YcB6Jr25A26s5HPDBAEIOqXggIoBFDXmobOBGDJBqABvpvO7gPIAQGqBB9P0AXAspaD0YbgzOV_rg7
W9QGnm6ulnSNlgTZPSUXX%26num%3D5%26sig%3DAGiWqtyUMNhS4iFBsk5kv_sbHoeeSeXpyQ%26q%3Dhtt
p%3A%2F%2Fwww.justanswer.com%2Fcomputer%2FGeek%253Fr%253Dppc%257Cga%257C6%257CComput
er%252B%252520D%252Cg%252BTop%252Bbrands%257CGeek%2526JCRN%253DComputer%252BTechnicians%252
6JRA%253D%2526JPRC%253D1%2526JPKW%253Dgeek%252520parts%2526JPDC%253DS%2526JPST%253D%
2526JPAD%253D3606874342%2526JPCD%253D20090413-1&cs=futK8tpZ652vS%2B8joGdKQ90WI%2Fo%3
D" onclick="return sl.l(this,22,5,ud,ud,'AFS:aol-com-:-:0:0')"><span
class="title"><h3 class="hac">Ask <b>Geek</b> Tech Support Now</h3></span><br/><span
class="desc"><span class="pdesc" property="f:desc">9 Tech Support Reps Are Online!
Ask a Question, Get an Answer ASAP.</span><br/></span><span class="durl"><span
class="pdurl " property="f:durl">www.JustAnswer.com/Geek</span></span></a></div>

</li></ul></div> <!--eSLMS--><!--sWOL--><script>
sl.a(23,'bottom_weboffers.M.xml','PTL','moreWO');</script> <div class="WOL"> <table
border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody>
<tr>
<td class="tdl">
<h3>More Offers:</h3>
</td>
<td class="tdr"> <a href="weboffers?s_it=wo_more&q=parts+geek" onclick="return
sl.l(this,23,-1,ud,ud,ud,ud,'parts+geek')" class="woq">parts geek</a>, <a
href="weboffers?s_it=wo_entrieva&q=lifestyle+solutions" onclick="return
sl.l(this,23,1,'moreSL','wo_entrieva',ud,ud,'lifestyle+solutions')">lifestyle
solutions</a>, <a href="weboffers?s_it=wo_entrieva&q=lifestyle+management"
onclick="return
sl.l(this,23,2,'moreSL','wo_entrieva',ud,ud,'lifestyle+management')">lifestyle
management</a>, <a href="weboffers?s_it=wo_entrieva&q=life+skills+coach"
onclick="return
sl.l(this,23,3,'moreSL','wo_entrieva',ud,ud,'life+skills+coach')">life skills
coach</a></td>
</tr>
</tbody>
</table> </div>

<!--eWOL--><!--sRLSB--><div class="RLSB"> <script>
sl.a(24,'relsearch-atmcs-bot.M.xml','atomics_relsearch','brelSrch');</script>
Also Try - <ul content="RLSB"><li about="r30"><a
href="search?s_it=relsearch-atmcs&q=geek+auto+parts" onclick="return
sl.l(this,24,1,ud,ud,ud,ud,'geek+auto+parts')"><b>geek</b> auto
```

Page 12

parts geek aol 8-5-09.htm

```
<b>parts</b></a></li></ul></div> <!--eRLSB--><!--SP--><div class="P"> <div
id="pagination"><ul content="pres"><span>1</span> <a
href="search?q=parts+geek&amp;page=2&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">2</a> <a
href="search?q=parts+geek&amp;page=3&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">3</a> <a
href="search?q=parts+geek&amp;page=4&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">4</a> <a
href="search?q=parts+geek&amp;page=5&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">5</a> <a
href="search?q=parts+geek&amp;page=6&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">6</a> <a
href="search?q=parts+geek&amp;page=7&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">7</a> <a
href="search?q=parts+geek&amp;page=8&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">8</a> <a
href="search?q=parts+geek&amp;page=9&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40">9</a> <a
href="search?q=parts+geek&amp;page=10&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bd
e824&amp;s_it=comsearch40">10</a> <span class="gspPageNext"><a
href="search?q=parts+geek&amp;page=2&amp;nt=SG2&amp;do=Search&amp;oreq=21ee735d34bde
824&amp;s_it=comsearch40"><span class="nextRes">Next</span></a> </span></ul></div>
</div> <!--eP--><!--sUS--><script>
sl.a(26,'user_survey_bottom.M.xml','PTL','undef');</script> <script
type="text/javascript">var added = false;function addcss(){if(!added){var e =
document.createElement("link");e.href =
'/assets/en/US/aolcomtb4/0780h12/001/img/../css/uss.css';e.type="text/css";e.rel="st
ylesheet";document.getElementsByTagName("head")[0].appendChild(e);added =
true;}}</script>
<div id="USS">
<div class="banner">
<h3 class="hac">Did you find what you were looking for?</h3>
<a onmouseover="addcss()" onfocus="addcss()" href="javascript:void(0)"
onClick="lcljs('http://o.aolcdn.com/feedback/feedback1.js');return
opalg(sl.l(this,26,-1,'Yes'),'yes')">Yes</a> | <a onmouseover="addcss()"
onfocus="addcss()" href="javascript:void(0)"
onClick="lcljs('http://o.aolcdn.com/feedback/feedback1.js');return
opalg(sl.l(this,26,-1,'No'),'no')">No</a>
</div>
<script type="text/javascript">function lguss(t){var
t2=document.getElementById('USpop').className;t=t2+t;if("yesm"==t){sl.l(this,26,-1,'
yes-More')}if("yesn"==t){sl.l(this,26,-1,'Yes-No')}if("nom"==t){sl.l(this,26,-1,'No-
More')}if("non"==t){sl.l(this,26,-1,'No-No')}}</script>
<div id="USpop">
<div class="inner">
<div class="header">Feedback<span class="close"><a class="sprite"
href="javascript:void(0)" onClick="opalg(null,'')">Close</a></span>
</div>
<p class="pyes">Great! Please tell us what you found most helpful.</p>
<p class="pno">We're sorry. Please tell us what went wrong.</p>
<div class="btns">
<span class="sure">
<a href="http://feedback.aol.com/rs/rs.php?sid=aolsearch" target='feedback'
onclick="opalg(lguss('m'),'');return fBo('aolsearch')">Sure</a>
</span>
<span class="not">
<a href="javascript:void(0)" onClick="return opalg(lguss('n'),'')">No Thanks</a>
</span>
</div>
</div>
<div class="shdr"></div>
<div class="shdb"></div>
</div>
```

Page 13

parts geek aol 8-5-09.htm

```
</div>

<!--eUS--></div></div> </div><!--sfooter_open--><div class="FO"><div class="FOW">

<!--efooter_open--><!--sTABO--><table cellspacing="0" cellpadding="0" border="0"
width="100%">
<tbody>
<tr>

<!--eTABO--><!--sftr_search--><script>
sl.a(29,'footer_search.M.xml','PTL','null');</script>
<td id="Search" class="BSB ">
<form name="CSBsearchForm2" target="" action="search" class="BSBform " > <input
type="hidden" name="s_it" value="bottomsearchbox.search" /> <label for="query2"
class="offLeft">search box</label>
<table cellspacing="0" cellpadding="0" border="0" width="100%">
<tbody>
<tr>
<td class="bholder">
<div class="bsbwidth">
<input class="frm search" name="q" autocomplete="on" onfocus="" value="parts geek"
type="text" id="query2">
</div>
</td>
<td width="91">
<input onclick="" class="BSBbtn" value="Search" type="submit" id="">
</td>
</tr>
</tbody>
</table>
</form>
</td>

<!--eftr_search--><!--sTDO--><td class="TDO">

<!--eTDO--><!--sPMB--><div class="PMB"> <div class="pmbbor1"></div>
<div class="pmbbor2">
<div class="promoModuleBottom">
<!--coreMod7.MS v1.41--><script>
var
openLinksInNewWindow=true;sl.a("promo_footer_78_ie_1","promo_footer_78_ie_1.M.xml","
content_module","C");function
updateTracking(scopeID){if(document.createElement&&document.getElementsByTagName){va
r
a=document.getElementById(scopeID).getElementsByTagName("a");for(i=0;i<a.length;++i)
{a[i].target=(openLinksInNewWindow)?"_blank":"_self";if(a[i].href.indexOf("flv=1")==
-1){ietxtfix=a[i].innerHTML;fStr=((a[i].href.indexOf("?")>-1)?"&":"?")+"flv=1";if(a[
i].href.indexOf("#")!=-1&&"pmb".indexOf("#")==-1){a[i].href=a[i].href.substring(0,a[
i].href.indexOf("#"))+fStr+a[i].href.substring(a[i].href.indexOf("#"));}else{a[i].hr
ef+=fStr;}a[i].innerHTML=ietxtfix;};lT="";if(a[i].getAttribute("linktype")){lT=a[i].
getAttribute("linktype");}else if(a[i].parentNode.tagName=='H3'){lT='H';}else
if(a[i].parentNode.className.indexOf('pipe')!=-1){lT='F';}else
if(a[i].className=='rblt_M'){lT='M';}else{cn=a[i].childNodes;for(ii=0;ii<cn.length;+
+ii){if(cn[ii].tagName=='IMG'){lT='P';}else
if(cn[ii].tagName=='H3'){lT='H';}else{lT='C';}}};if(a[i].onclick){b=a[i].onclick;c=n
ew String(b);a[i].onclick=(function(i,b,c,lT,scopeID){return
function(){sl.l(this,scopeID,i+1,lT);b();if(c.indexOf("return false")>0){return
false;}}})(i,b,c,lT,scopeID);}else{a[i].onclick=(function(i,lT,scopeID){return
function(){return
sl.l(this,scopeID,i+1,lT);}})(i,lT,scopeID);}}}ocB(scopeID,"pmb");}else{return
false;};};function
modGoTracking(cC,u,modID,desc,scopeID){if(u.indexOf("flv=1")==-1){u+=((u.indexOf("?"
```
Page 14

```
                                parts geek aol 8-5-09.htm
)>-1)?"&":"?")+"flv=1";};sl.l(u,scopeID,cC,"G");nw=(openLinksInNewWindow)?window.ope
n(u):window.location=u;return false;};
d=document;function sdO(n,q){if(n.hasChildNodes){for(var
i=0;i<n.childNodes.length;i++){sdO(n.childNodes[i],q);}}if(n.nodeType==3){tnv=n.node
Value.toLowerCase();twv=q.toLowerCase();if(tnv.indexOf(twv)!=-1){pn=n.parentNode;if(
pn.nodeName!='SCRIPT'&&pn.nodeName!='OPTION'&&pn.nodeName!='SELECT'&&pn.nodeName!='I
NPUT'&&pn.nodeName!='TEXTAREA'){if(pn.nodeName!='STRONG'){rgxp=new
RegExp("\\b"+q+"(?![A-Za-z0-9_])","gi");nv=n.nodeValue;if(nv.match(rgxp)){ni=tnv.ind
exOf(twv);hwd=d.createElement("strong");hwd.appendChild(d.createTextNode(nv.substr(n
i,q.length)));pn.insertBefore(d.createTextNode(nv.substr(0,ni)),n);pn.insertBefore(h
wd,n);pn.insertBefore(d.createTextNode(nv.substr(ni+q.length)),n);pn.removeChild(n);
}}}}}}function ocB(n,q){aw=[];qgxp=new
RegExp("\\b"+q+"?s","gi");if(q.match(qgxp)){if(q.substring(0,q.length-1).length!=0)a
w.push(q,q.substring(0,q.length-1));}else{aw.push(q.concat('s'),q)}bw=["the","for","
and","in","as","for","is","or","of"];gdv=document.getElementById(n);sq="";if(sq){if(
q.toLowerCase()!=sq.toLowerCase()){aw.push(sq);}qs=q.replace(/\W/ig,'
').split(/\s+/);for(var j=0;j<qs.length;j++){for(var
k=0;k<bw.length;k++){if(qs[j]){if(bw[k].toLowerCase()==qs[j].toLowerCase())qs.splice
(j,1);}}}for(var i=0;i<qs.length;i++){if(qs[i]){rgxp=new
RegExp("\\b"+qs[i]+"?s","gi");if(qs[i].match(rgxp)){if(qs[i].substring(0,qs[i].lengt
h-1).length!=0)aw.push(qs[i],qs[i].substring(0,qs[i].length-1));}else{aw.push(qs[i].
concat('s'),qs[i]);}}}for(var l=0;l<aw.length;l++){sdO(gdv,aw[l]);}}
</script><style type="text/css">.ie
{font-size:1em;width:100%;text-align:center;height:115px;line-height:1.6em;} .ie *
{margin:0;padding:0;} .ie h1 {font-size:1.5em;margin-top:2.1em;color:#94c627;} .ie p
{font-size:13px;color:#4c5962;} .ie a {color:#176cad;font-weight:bold;} .mod
a:visited {color:#551a8b}</style><div class="mod ie" id="promo_footer_78_ie_1">
<h1>Upgrade NOW to IE8</h1>
<p>Free, Safer &amp; Faster!</p>
<a
href="http://browser.cdn.aol.com/customie8/aolsearch/download.html?ncid=aolsea000100
00000032">Click Here</a>
</div><script>updateTracking("promo_footer_78_ie_1");</script><div
class="mod_clear"></div>
</div>
<div class="pmbbor1"></div>
<div class="pmbbor2"></div>

</div> <!--ePMB--><!--sTABC--></td>
</tr>
</tbody>
</table>

<!--eTABC--><!--sFOOT--><div class="FOOT"> <script>
sl.a(33,'footlinks.M.xml','PTL','null');</script>
<ul content="foot_links"> <li><a href="about#wr" onclick="return
sl.l(this,33,1,'flAbout')">About This Page</a></li>| <a href="help"
onclick="return sl.l(this,33,2,'flHelp')">Help</a></li> <li>| <a target='feedback'
href="http://feedback.aol.com/rs/rs.php?sid=aolsearch"
onmouseover="lcljs('http://o.aolcdn.com/feedback/feedback1.js');this.onmouseover=nul
l;" onfocus="lcljs('http://o.aolcdn.com/feedback/feedback1.js');this.onfocus=null;"
onclick="this.id='think'; sl.l(this,33,3,'flFeedback');return fBo('aolsearch')">Tell
Us What You Think</a></li> <li>| <a href="http://about.aol.com/aolnetwork/aol_pp"
onclick="return sl.l(this,33,4,'flPrivacy')">Privacy Policy</a></li> <li>| <a
href="http://about.aol.com/aolnetwork/aolcom_terms" onclick="return
sl.l(this,33,5,'flTerms')">Terms of Use</a></li> <li>| <a
href="http://about.aol.com/aolnetwork/trademarks" onclick="return
sl.l(this,33,6,'flTrademarks')">Trademarks</a></li> </ul>

</div> <!--eFOOT--><!--sfooter_close--></div>
</div> <!--efooter_close--><!--sCOPY--><div class="COPY"> &copy; 2009 AOL LLC. All
Rights Reserved.</div> <!--eCOPY--><!--sTAC--><div class="TAC"> <script
type="text/javascript">tc_off = true</script></div> <!--eTAC--><!--sOMNI--><script
```

parts geek aol 8-5-09.htm

```
type="text/javascript"><!--
var s_query="parts geek";
var s_account="aolsearch,aolsvc"
function downloadOmni() {
var fileref=document.createElement('script')
fileref.setAttribute("type","text/javascript")
fileref.setAttribute("src", "http://o.aolcdn.com/omniunih.js")
if (typeof fileref!="undefined") {
document.getElementsByTagName("head")[0].appendChild(fileref)
}
}
function onLoadOmniTrack() {
downloadOmni();
if( onLoadOmniTracker ) {
onLoadOmniTracker();
}
}
var onLoadOmniTracker = window.onload;
window.onload=onLoadOmniTrack;
function runOmni() {
s_265.linkInternalFilters="javascript:,aol.com"
s_265.trackExternalLinks=false
s_265.trackInlineStats=false
s_265.pfxID="sea"
s_265.pageName="sea:search"
s_265.server="search.aol.com"
s_265.channel="us.search"
s_265.prop1="portal"
s_265.prop2="search"
s_265.prop12="http://aolsearcht4.search.aol.com/aol/search"
s_265.disableSN=true
s_265.prop18="5434019422091967088"
s_265.prop19="21ee735d34bde824"
s_265.prop20="comsearch40"
s_265.prop21=false
s_265.pageURL="http://aolsearcht4.search.aol.com/aol/search?do=Search&s_it=comsearch
40"

var df=document.referrer;if(df){var rfh =
df.split("http://")[1].split("/")[0];if(rfh.indexOf(window.location.hostname) >= 0
|| rfh.indexOf("search.aol.com") >= 0 || rfh.indexOf("local.aol.com") >= 0 ||
rfh.indexOf("plus.aol.com") >= 0){s_265.referrer=df.split("?")[0];}}
var s_code=s_265.t();
}
//--></script> <!--eOMNI--><!-- nores: [EXCL:1, newstkr:1, campaign1:1, DYM:1,
campaign2:1, rbox:1, promoModuleTop:1, QUICKLINK:1, CALC:1, algo_recirc:1,
campaign3:1, campaign4:1, campaign5:1, campaign6:1, campaign7:1, HIS:1] --><!--[if
lt IE 8]></div><![endif]-->
<!--[if IE 8]></div><![endif]-->
<!--[if IE 7]></div><![endif]-->
<!--[if IE 6]></div><![endif]--> <script type="text/javascript">
var snarfobj;function
snarf(_1,_2){cookie=readCookie("snarf");if(cookie&&(cookie=="off"||cookie=="false"))
{return true;}
snarfobj=_1;_1.setAttribute("snarfurl",_1.href);_1.href="snarf?q="+sl.q+"&u="+encode
Param(_1.href)+"&h="+encodeParam(_1.innerHTML);if(_2){_1.href+="&s_cid="+encodeParam
(_2);}
setTimeout("snarfReset()",100);return true;};function
snarfReset(){if(snarfobj){snarfobj.href=snarfobj.getAttribute("snarfurl");}};functio
n readCookie(_3){var _4=_3+"=";var ca=document.cookie.split(";");for(var
i=0;i<ca.length;i++){var c=ca[i];while(c.charAt(0)==" "){c=c.substring(1,c.length);}
if(c.indexOf(_4)==0){return c.substring(_4.length,c.length);}}
return null;};getRdfa(document.body);
```

Page 16

parts geek aol 8-5-09.htm

```
function
opalg(_1,_2){document.getElementById("USpop").className=_2;if(_2==""){document.getEl
ementById("USS").style.display="none";}};

if(typeof(isIE)=="undefined"){isIE=navigator.userAgent.indexOf("MSIE")+1;}

function
checkTacoda(_1){if(!_1){if(document.getElementById("preference_1")!=null){if(documen
t.searchhistoryForm.preference_1.checked){tacodaOn();}}}else{if(document.getElementB
yId("preference_0")!=null){if(document.searchhistoryForm.preference_0.checked){tacod
aOff();}}}};function checkTacodaSh(_2){if(_2){tc_TacodaClearHistory();}};function
trck_OnLoad(){if(trck_OnLoadSave){trck_OnLoadSave();}
if(!tc_off){tc_OnLoad();}};function
tc_OnLoad(){if(tc_Tac&&tc_TD){tc_IFrame("tcode","http://cdn.atwola.com/_media/uac/tc
ode2.htm"+tc_SerObj(tc_TD));}};function tc_IFrame(id,_4,_5){var
i=document.createElement("iframe");if(!tc_Saf){i.style.display="none";}
i.id=id;i.style.width="0px";i.style.height="0px";i.style.position="absolute";i.style
.top="-9999px";i.style.left="-9999px";i.src=_4;if(_5!=null){if(isIE){i.attachEvent("
onload",_5);}else{i.onload=_5;}}
document.body.appendChild(i);};function
tc_AnodOnLoad(){anodIFrameLoaded=true;};function
tc_TclearOnLoad(){tclearIFrameLoaded=true;};function tc_SerObj(_7){var
_8="";if(_7){for(var p in _7){if(!(p in
Object.prototype)){_8=tc_AddTVar(_8,p,_7[p]);}}
return"#"+_8;}else{return"";}};function tc_AddTVar(_a,k,v){var
kv=k+"="+v;if(_a==""){return kv;}else{return _a+"&"+kv;}};function
tacodaOn(){anodIFrameLoaded=true;tclearIFrameLoaded=true;tc_Tac=1;};function
tacodaOff(){tc_Tac=0;tc_TacodaClearHistory();};function
tc_TacodaClearHistory(){tc_IFrame("anod","http://an.tacoda.net/an/anod.htm?num="+tim
eNow+randomTag,tc_AnodOnLoad);tc_IFrame("tclear","http://cdn.atwola.com/_media/uac/t
clear.htm",tc_TclearOnLoad);tc_Tac=0;};var
trck_OnLoadSave=window.onload;window.onload=trck_OnLoad;

function lcljs(_1){var
e=document.createElement("script");e.src=_1;e.type="text/javascript";document.getEle
mentsByTagName("head")[0].appendChild(e);};function
setHome(u,o){if(!u){u="http://www.aol.com/";}
if(!o){o=document.getElementById("mkh");}
if(o.addBehavior){o.style.behavior="url(#default#homepage)";o.setHomePage(u);return
false;}
return true;};

function lcljs(_1){var
e=document.createElement("script");e.src=_1;e.type="text/javascript";document.getEle
mentsByTagName("head")[0].appendChild(e);};
</script></body>
</html>
```

# EXHIBIT "D"



Web | Show options...

Results 1 - 10 of about 10,400,000 for parts geek. (0.13 seconds)

**Parts Geek**
www.PartsGeek.com    Parts Geek Guarantees the Lowest Prices on All Auto Parts. Buy Now!

Discount Auto Parts Online - Mercedes Parts, BMW Parts, Volvo ...
Discount auto parts and performance accessories online catalog for all domestic and import
cars and trucks. Super Low prices on new auto body parts and ...
www.partsgeek.com/ - Cached - Similar

| | |
|---|---|
| BMW | About Us |
| Volvo | Acura |
| Audi | Alfa Romeo Parts |
| Chevrolet | Blower Motor |

More results from partsgeek.com »

BMW Parts - BMW Auto Parts - PartsGeek.com - New OEM & Aftermarket ...
Apr 28, 2009 ... Known throughout the world for superior quality and function, OEM BMW
parts are simply the smartest choice for a BMW. We stock parts for the ...
www.partsgeek.com/makes/bmw.html - Cached - Similar

Rip-off Report: Parts Geek ,But They Have Over A Dozen Different ...
Parts Geek ,But They Have Over A Dozen Different Names As Well, There Free Shipping is a
Lie. Email threats From Them Followed Manasquan New Jersey.
⊕ Show map of 2435 Highway 34, Manasquan, NJ 08736
www.ripoffreport.com/reports/0/308/RipOff0308275.htm - Cached - Similar

Geeks.com - Computer parts, Laptop computers, Desktop computers ...
Your Source for the Best Deals on Computer Parts, Computer Hardware, Laptop computers,
Desktop Computers and Computer Tips with Fast & Easy Shipping ...
www.geeks.com/ - Cached - Similar

i    Geek Coupons and Parts Geek Coupon Codes
Fi..... ...l Parts Geek Coupons, Parts Geek Coupon Codes, and Parts Geek Discounts. Share
your Parts Geek Coupons.
www.mycoupons.com/coupons/partsgeek.com - Cached - Similar

Parts Geek Inc, Allenwood NJ 08720 -- MerchantCircle.com
Parts Geek Inc is located at 3203 Atlantic Ave Allenwood NJ. Phone: 732-528-7880. . Post a
message and leave a review for Parts Geek Inc. Find coupons, ...
www.merchantcircle.com/.../Parts.Geek.Inc.732-528-7880 - Cached - Similar

parts geek Coupons - All coupons, discounts, and codes from ...
parts geek Coupons, cash back, discounts and coupon codes. ShopAtHome has tens of
thousands of coupons from thousands of other merchants.
discounts.shopathome.com/Coupons-Parts_Geek.../17866/ - Cached - Similar

jennymclane's Xanga Site
The Auto Parts Geek, Your everyday guide to longer, better, and healthier car ownership.
When you need no-fuss answers to your car concerns, ...
jennymclane.xanga.com/ - Cached - Similar

Sponsored Link                              Sponsored Links

Ask Geek Tech Support Now
9 Tech Support Reps Are Online!
Ask a Question, Get an Answer ASAP.
www.JustAnswer.com/Geek

Parts Geek
Before You Buy. BizRate.
Deals on Parts Geek!
BizRate.com

Parts Geek -Free Shipping
Low Price Guarantee on Parts Geek
Plus Get Free Shipping Today!
www.autopartswarehouse.com







