# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PARTS GEEK, LLC<br>3203 Atlantic Avenue<br>Allenwood, NJ 08720<br><br>    Plaintiff<br><br>    v.<br><br>U.S. AUTO PARTS NETWORK, INC.<br>(a Delaware corporation)<br>17150 South Margay Avenue<br>Carson, CA 90746<br>    and<br>GOOGLE, INC.<br>(a Delaware corporation)<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br><br>    Defendants | CIVIL ACTION NO. |

## DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff Parts Geek, LLC certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: not applicable

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Steven E. Angstreich
sangstreich@weirpartners.com

WEIR & PARTNERS, LLP
10 Melrose Avenue
Suite 450
Cherry Hill, NJ 08003
856-740-1470

Dated: November 2, 2009.