WEIR & PARTNERS LLP
By:   Steven E. Angstreich
      Carolyn C. Lindheim
10 Melrose Avenue
Suite 450
Cherry Hill, NJ 08003
856-740-1490
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PARTS GEEK, LLC<br>3203 Atlantic Avenue<br>Allenwood, NJ 08720<br><br>            Plaintiff<br><br>                v.<br><br>U.S. AUTO PARTS NETWORK, INC.<br> (a Delaware corporation)<br>17150 South Margay Avenue<br>Carson, CA 90746<br>            and<br>GOOGLE, INC.<br>(a Delaware corporation)<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br><br>            Defendants | : CIVIL ACTION NO. 3:09-cv-05578-MLC-LHG<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **WAIVER OF SERVICE**<br>: **OF SUMMONS**<br>:<br>:<br>:<br>:<br>:<br>: |

TO:   Steven E. Angstreich, Esquire
      Weir & Partners LLP
      10 Melrose Avenue
      Suite 450
      Cherry Hill, NJ 08003

I have received your request to waive service of a Summons in this action along with a copy of the Complaint, two copies of this Waiver form, and a prepaid means of returning one signed copy of the form to you.

1

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the Court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the Court. By signing and returning the Waiver form, you are allowed more time to respond than if a Summons had been served.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from November 4, 2009, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date 12/1/09

Signature of the attorney or unrepresented party

ADAM L. BAREA (LITIGATION COUNSEL)

Google, Inc.
Printed name of party waiving service of summons

Printed name
GOOGLE INC.
1600 AMPHITHEATRE PKWY
Address MOUNTAIN VIEW, CA 94043

adambarea@google.com
E-mail address

650-253-0000
Telephone number

*Duty to Avoid Unnecessary Expenses of Serving a Summons*:

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a Summons and Complaint. A defendant who is located in the United States and who fails to return a signed Waiver of Service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

2