# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            Criminal Number: 06-424(AET)

v.                                  WAIVER OF INDICTMENT

BENJAMIN WARNER

RECEIVED
JUN 6 2006
AT 8:30 _____M
WILLIAM T. WALSH
CLERK

I, BENJAMIN WARNER, the above-named defendant, who is charged with mail fraud, being advised of the nature of the charge(s), the proposed Information, and my rights, hereby waive in open court on (Date) __June 6, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant BENJAMIN WARNER

_____
DAVID W. FASSETT, Esq.
Counsel for Defendant

Before: _____
United States District Judge