**Norton, Arpert, Sheehy & Higgins, P.C.**
PNC Bank Building
One Garret Mountain Plaza (5th Floor)
West Paterson, NJ 07424-3396
(973) 881-1101
Attorneys for Defendant
By: Douglas E. Arpert (DA-8774)

| | |
|---|---|
| EVELYN HORNYAK,<br><br>                              Plaintiff,<br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>                              Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Civil Action No.: 07-5458<br><br>**STIPULATION OF DISMISSAL** |

The matters in difference in the above entitled action having been amicably adjusted by and between the Plaintiff and Defendant, it is hereby stipulated and agreed that this action shall be and hereby is dismissed in its entirety and with prejudice.

HAGNER & ZOHLMAN, LLC
Attorneys for Plaintiff

By: _____
            Thomas J. Hagner

NORTON, ARPERT, SHEEHY & HIGGINS, P.C.
Attorneys for Defendant

By: _____
            Douglas E. Arpert