UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE:  HON.  FAITH S. HOCHBERG                     DATE:  October 3, 2007

COURT REPORTER:  JOHN STONE

DEPUTY CLERK:  LAWRENCE MACSTRAVIC

Title of Case:  BATTONI v. IBEW LOCAL UNION NO. 102 EMPLOYEE PENSION PLAN

Civ. Docket No. 05-934 (FSH)

**NATURE OF PROCEEDINGS:**  Bench Trial

Appearances:   Robert E. Bartkus, Esq., for Plaintiffs
Robert W. Delventhal, Esq., for Plaintiffs
Michael T. Scaraggi, Esq., for Defendants.
Andrew Borg, Esq., for Defendants.

Case called.  Trial without Jury moved.

Robert Delvanthal provided opening remarks for Plaintiffs.
Michael Scaraggi provided opening remarks for Defendants.

Clement A. Battoni, Jr., sworn for Plaintiffs.

Recess 12:15p.m. - 1:15p.m.

Clement A. Battoni, Jr., resumed for Plaintiffs.

Charles R. Waller sworn for Plaintiffs.

Pat Delle Cava sworn for Plaintiffs.

Ordered trial adjourned until October 4, 2007 at 10:00a.m.

Time Commenced:  10:30a.m.     Time adjourned:  5:15p.m.

cc: chambers                                      /s/  Lawrence MacStravic
                                                       Deputy Clerk