4

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Federal Bar No. EFC-6575

FILED

JUN 2 6 2003

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

METROLOGIC INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action

Plaintiff,

Civil Action No. 03-2912(HAA)

v.

Hon. Harold A. Ackerman, U.S.D.J.
Hon. G. Donald Haneke, U.S.M.J.

SYMBOL TECHNOLOGIES, INC.

Defendant.

**CERTIFICATION FILING PROOF
OF SERVICE OF SUMMONS AND
COMPLAINT**

I, Edwin F. Chociey, Jr., of full age, hereby certify as follows:

1.     I am an attorney at law in the State of New Jersey, a member of the bar of

this Court and a member of the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP,

attorneys for plaintiff.  This Certification is submitted under Rule 4(l) in connection with

plaintiff's service of the summons and complaint on defendant Symbol Technologies, Inc.

("Symbol").

2.     Attached hereto as Exhibit A is the original Return of Service executed by

the process server with respect to his service of the summons and complaint on Symbol's

registered agent for the service of process in New Jersey, The Prentice Hall Corporation System, NJ, Inc., 830 Bear Tavern Road, Trenton, New Jersey, on June 20, 2003.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_Edwin F. Chociey, Jr._
Edwin F. Chociey, Jr.

Dated: June 25, 2003

3316880.01

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    Date _6 - 2 0 - 0 3_

NAME OF SERVER _Donald Kavcky_    TITLE

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _PRENTICE HALL_
_C/O C 830 BEAR TAVERN RD. 3RD FL._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of
suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on _6 - 30 - 03_      _Donald S Kavcky_
    *Date*      *Signature of Server*

_25 AMES RD MORRISTOWN N.J._
    *Address of Server*    _07960_

3313754.01

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.