HANGLEY ARONCHICK SEGAL & PUDLIN
Michele D. Hangley (MH0373)
Dylan J. Steinberg (DS7855)
20 Brace Road, Suite 201
Cherry Hill, NJ 08034
(856) 616-2100
Attorneys for Google Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PARTS GEEK, LLC<br><br>        Plaintiff,<br><br>v.<br><br>U.S. AUTO PARTS NETWORK, INC.<br><br>    and<br>GOOGLE, INC.<br><br>        Defendants. | Case No. 3:09-cv-05578 MLC-LHG<br><br>**NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>**ORAL ARGUMENT REQUESTED** |

  PLEASE TAKE NOTICE that on February 16, 2010 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Google Inc. will move in the United States District Court of New Jersey for an Order dismissing this action or, in the alternative, transferring this action to the United States District Court for the Northern District of California.

  PLEASE TAKE FURTHER NOTICE that Google Inc requests oral argument on its Motion.

In support of the Motion, Google will rely upon its memorandum of law as well as the Declaration of Anita Joseph, each of which is attached hereto. A proposed form of Order accompanies this Motion.

          HANGLEY ARONCHICK SEGAL & PUDLIN

By: /s/ Michele D. Hangley
    Michele D. Hangley (MH0373)
    Dylan J. Steinberg (DS7855)
    20 Brace Road, Suite 201
    Cherry Hill, NJ 08034
    (856) 616-2100

Of Counsel:

David J. Silbert
Michael Kwun
Ozan O. Varol
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

Attorneys for Google Inc.

Dated: January 22, 2010