```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                                            DATE: June 29, 2006

JUDGE: WALLS

COURT REPORTER: Y. DAVION

DEPUTY CLERK: E. UNDERWOOD

OTHER: _____

**Title of Case**:

                                                  Cr. Docket # 06-07
JONATHAN CHU
MAGGIE CHEN
PAULA FRANCO

**Appearances**:

Margaret Mahoney, Ausa
Joseph Hayden, Esq. For Chu
William Lunsten for Al Decotis, Esq. For Chen
Frank Arelo, Esq. for Franco

**Nature of proceedings**:

**ARRAIGNMENT**:

Plea: Not guilty to superseding indictment as to defts. Chu, Chen and Franco.

Scheduling conference held.  Scheduling order to be filed.

Trial date set for: **October 3, 2006**


11:00 a.m. to 12:00 a.m.

                                        s/Eric Underwood, Deputy Clerk