```
          UNITED STATES DISTRICT COURT
             DISTRICT OF NEW JERSEY
              MINUTES OF PROCEEDINGS
```

NEWARK                                         DATE: June 29, 2006

JUDGE: WALLS

COURT REPORTER: Y. DAVION

DEPUTY CLERK: E. UNDERWOOD

OTHER: _____

**Title of Case:**                              Cr. Docket #05-719

MICHAEL RAY AQUINO

**Appearances**:

Karl Buch, Ausa
Mark Berman, Esq. for deft.

**Nature of proceedings**:

**ARRAIGNMENT**:

Hrg. on motion of deft. to take a rule 15 deposition.
Ordered motion granted.  OTBS.


Ordered deft. remanded


                                    s/Eric Underwood, Deputy Clerk