CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-353-6094
JGS1187

RECEIVED

APR 07 2008

Chambers of
Anne E. Thompson, U.S.D.J.

RECEIVED

APR 08 2008

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. Anne E. Thompson** |
| *Plaintiff,* | |
| v. | CRIMINAL No. 06-424 |
| **BENJAMIN WARNER,** | |
| *Defendant,* | **GARNISHEE ORDER** |
| and | |
| **TIAA-CREF,** **and its successors or assigns,** | |
| *Garnishee.* | |

    An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to

defendant in the sum of $46,673.72.

IT IS ORDERED that the garnishee pay the sum of $46,673.72 or current balance of the defendant's account(s) so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: 4/7/08

ANNE E. THOMPSON, JUDGE
UNITED STATES DISTRICT COURT