PARTS GEEK, LLC v. U.S. AUTO PARTS NETWORK, INC. et al                                                          Doc. 23

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3816
_____

UNITED STATES OF AMERICA

v.

BENJAMIN WARNER,

Appellant

On Appeal From the United States District Court
for the District of New Jersey
(No. 06-cr-00424)
District Judge: Honorable Anne E. Thompson

Submitted Under Third Circuit LAR 34.1(a)
November 20, 2008

Before: BARRY and CHAGARES, Circuit Judges, and RESTANI,[*] Judge

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court

for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a)

---

[*] Honorable Jane A. Restani, Chief Judge, United States Court of International
Trade, sitting by designation.

Dockets.Justia.com

on November 20, 2008.

On consideration whereof, it is now hereby

ADJUDGED and ORDERED by this Court that the judgment of the United States District Court for the District of New Jersey entered September 11, 2007 is hereby AFFIRMED, in accordance with the opinion of this Court.

Attest:


/s/Marcia M. Waldron,
Clerk


DATED: July 17, 2009

**Certified as a true copy and issued in lieu of a formal mandate on** 08/10/09

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2