UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PARTS GEEK, LLC<br><br>Plaintiff,<br><br>    v.<br><br>U.S. AUTO PARTS NETWORK, INC.<br>                and<br>GOOGLE, INC.<br><br>Defendants. | Case No. 3:09-cv-05578 MLC-LHG |

**CERTIFICATION OF SERVICE**

I hereby certify that, on this 11th day of February, 2010, a true and correct copy of the foregoing Notice of Supplemental Authority in Support of Google Inc.'s Motion to Dismiss was filed electronically and served electronically upon all counsel of record.

/s/ Michele D. Hangley_____
Michele D. Hangley

Dated:  February 11, 2010