```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

|   |   |   |
|---|---|---|
| PARTS GEEK, LLC, | : | |
| | : | CIVIL ACTION NO. 09-5578 (MLC) |
| Plaintiff, | : | |
| | : | **O R D E R** |
| v. | : | |
| | : | |
| U.S. AUTO PARTS NETWORK, INC., et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated April 1, 2010, **IT IS** on this   1st   day of April, 2010, **ORDERED** that defendant Google, Inc.'s motion to dismiss and/or transfer (dkt. entry no. 14) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

**GRANTED TO THE EXTENT** that it seeks to transfer the action to the United States District Court for the Northern District of California, and

**DENIED AS MOOT TO THE EXTENT** that it seeks to dismiss the Complaint as to venue, and

**DENIED WITHOUT PREJUDICE TO THE EXTENT** that it seeks to dismiss Counts I-III and V-VII of the Complaint on the merits; and

**IT IS FURTHER ORDERED** that defendant U.S. Auto Parts Network, Inc.'s motion to dismiss and/or transfer (dkt. entry no. 16) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

**GRANTED TO THE EXTENT** that it seeks to transfer the action to the United States District Court for the Northern District of California, and

**DENIED AS MOOT TO THE EXTENT** that it seeks to dismiss the Complaint as to venue, and

**DENIED WITHOUT PREJUDICE TO THE EXTENT** that it seeks to dismiss the Complaint insofar as asserted against it on the merits; and

**IT IS FURTHER ORDERED** that the action is **TRANSFERRED** to the United States District Court for the Northern District of California; and

**IT IS FURTHER NOTED** for the benefit of the Clerk of the Court for the Northern District of California that the San Jose Division appears to be the appropriate division; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED.**

                                              s/ Mary L. Cooper
                                              **MARY L. COOPER**
                                              United States District Judge